AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

CV04-390

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1-9-06 |
| NAME OF SERVER (PRINT) NEAL F. YOKO | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 45-386 KANEOHE BAY DR KANEOHE, HI 96744

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3 JAN 10 2006

at 3 o'clock and 40 min. PM
SUE BEITIA, CLERK

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-9-06
Date

Signature of Server

95-1083 AELIKE ST
MILILANI, HI 96789
Address of Server

MEREDITH MAEDA
PERSON ACCEPTING SERVICE
PRINT

X [signature]
SIGNATURE

PRINCIPAL
TITLE/ POSITION

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ROBERT SHEREZ,

**SUMMONS IN A CIVIL ACTION**

V.

STATE OF HAWAII DEPARTMENT OF
EDUCATION; PATRICIA HAMAMOTO,
Superintendent of Hawaii Schools;
MEREDITH MAEDA, Principal, Castle
High School; SARA GRONNER or GRONNA,
Vice Principal of Castle High
School; DOE Employees John and
Jane Doe 1-10

CASE NUMBER: 04-00390 JMS-KSC

TO: (Name and address of Defendant)

All Above-Named Defendants

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANDRE' S. WOOTEN
Attorney at Law
1188 Bishop St., Suite 1909
Honolulu, Hawaii 96813
Telephone: 545-4165

an answer to the Second Amended complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK