ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 12 JAN 06 |
| NAME OF SERVER (PRINT) CHARLIE LATHAM | TITLE | PROCESS SERVER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 12 2006

at 2 o'clock and 40 min __ M
SUE BEITIA, CLERK

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 3430 LEAHI AVE HONOLULU, HI.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12 JAN 06            *Charlie Latham*
                Date                  Signature of Server
@ 10:37A
                                  Suite 103 #3570
                                  1750 KALAKAUA AVE.
                                  HONOLULU, HAWAII 96826
                                     Address of Server

*Sarah Ganna*
PERSON ACCEPTING SERVICE
PRINT

*[signature]*
SIGNATURE

Test Development Specialist
TITLE/POSITION

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

ROBERT SHEREZ,

**SUMMONS IN A CIVIL ACTION**

V.

STATE OF HAWAII DEPARTMENT OF
EDUCATION; PATRICIA HAMAMOTO,
Superintendent of Hawaii Schools;
MEREDITH MAEDA, Principal, Castle
High School; SARA GRONNER or GRONNA,
Vice Principal of Castle High
School; DOE Employees John and
Jane Doe 1-10

CASE NUMBER: 04-00390 JMS-KSC

TO: (Name and address of Defendant)

All Above-Named Defendants

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANDRE' S. WOOTEN
Attorney at Law
1188 Bishop St., Suite 1909
Honolulu, Hawaii 96813
Telephone: 545-4165

an answer to the Second Amended complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                                       DATE    DEC 2 1 2005

(By) DEPUTY CLERK