# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/7/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00390JMS-KSC |
| CASE NAME: | Robert Sherez v. State of Hawaii Department of Education, et al. |
| ATTYS FOR PLA: | Andre Wooten |
| ATTYS FOR DEFT: | Nelson Nabeta |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 7/7/2006 | TIME: | 11:15-11:20am |

COURT ACTION:  EP: Status Conference.  Trial date given.  First Amended Rule 16 Scheduling Conference Order to be issued.

1. Jury trial on **January 3, 2007 at 9:00 a.m. before** JMS (Wednesday)
2. Final Pretrial Conference on November 22, 2006 at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by November 15, 2006
5. File motions to Join/Add Parties/Amend Pleadings by **(CLOSED)**
6. File other Non-Dispositive Motions by **(CLOSED)**
7. File Dispositive Motions by **(CLOSED)**
8a. File Motions in Limine by December 13, 2006
8b. File opposition memo to a Motion in Limine by December 20, 2006
11a. Plaintiff's Expert Witness Disclosures by **(CLOSED)**
11b. Defendant's Expert Witness Disclosures by **(CLOSED)**
12. Discovery deadline **(CLOSED)**
13. Settlement Conference set for 9/18/2006 at 11:00am before KSC
14. Settlement Conference statements by 9/11/2006
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by December 20, 2006
21. File Final witness list by December 13, 2006
24. Exchange Exhibit and Demonstrative aids by December 6, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by December 13,

      2006
26.    File objections to the Exhibits by December 20, 2006
28a.   File Deposition Excerpt Designations by December 13, 2006
28b.   File Deposition Counter Designations and Objections by December 20, 2006
29.    File Trial Brief by December 20, 2006
30.    File Findings of Fact & Conclusions of Law by N/A

Other Matters:
None.

Submitted by: Shari Afuso, Courtroom Manager

CV04-390JMS-KSC
Robert Sherez v. State of Hawaii Department of Education, et al.
First Amended Rule 16 Scheduling Conference Order
7/7/2006