ORIGINAL

MARK J. BENNETT                2672
Attorney General of Hawai`i

JAMES E. HALVORSON          5457
NELSON Y. NABETA               3004
Deputy Attorneys General
Department of the Attorney
  General, State of Hawai`i
235 South Beretania Street 15th Floor
Honolulu, Hawai`i 96813
Telephone: (808) 587-2900
Facsimile: (808) 587-2965

Attorneys for Defendants
STATE OF HAWAI`I
DEPARTMENT OF EDUCATION,
SARAH GRONNA, AND
MEREDITH MAEDA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 6 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED
JUL 2 1 2006
2:04 pm
CLERK, U.S. DISTRICT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>          Defendants. | CIVIL NO. 04-00390 HG-KSC<br><br>STIPULATION TO CONTINUE TRIAL DATE AND PRETRIAL CONFERENCE; ORDER |



## STIPULATION TO CONTINUE TRIAL DATE, AND PRETRIAL CONFERENCE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, that the jury trial originally scheduled to begin on January 3, 2007 will be continued to March 28, 2007. Further, the parties agree that the accompanying pretrial conference scheduled originally for November 22, 2006, will be rescheduled for February 26, 2007, at 9:00 am before Magistrate-Judge Kevin S. C. Chang.

DATED:  Honolulu, Hawaii, July __, 2006.

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:

_____
ANDRE WOOTEN, ESQ.
Attorney for Plaintiff
ROBERT SHEREZ

_____
NELSON Y. NABETA
Attorney for Defendants
STATE OF HAWAI'I
DEPARTMENT OF EDUCATION,
SARAH GRONNA, AND
MEREDITH MAEDA

---

Stipulation to Continue Trial Date and Pretrial Conference; Order; Robert Sherez v. State of Hawai'i Department of Education, et al.; Civil No. CV04-00390 JMS-KSC