# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00390JMS-KSC |
| CASE NAME: | Robert Sherez v. State of Hawaii Department of Education, et al. |
| ATTYS FOR PLA: | Andre Wooten |
| ATTYS FOR DEFT: | Nelson Nabeta |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 9/18/2006 | TIME: | 11:00-11:30am |

COURT ACTION: EP: Settlement Conference.  Settlement conference held.  Further Settlement Conference on call.

Submitted by: Shari Afuso, Courtroom Manager