ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 2 2006

at 3 o'clock and 00 min P M
SUE BEITIA, CLERK

MARK J. BENNETT          2672
Attorney General of Hawai`i

JAMES E. HALVORSON       5457
NELSON Y. NABETA         3004
Deputy Attorneys General
Department of the Attorney
  General,   State of Hawai`i
235 South Beretania Street, 15th Floor
Honolulu, Hawai`i   96813
Telephone: (808) 587-2900
Facsimile:  (808) 587-2965
Attorneys for Defendants
STATE OF HAWAI`I,
DEPARTMENT OF EDUCATION,
PATRICIA HAMAMOTO, MEREDITH MAEDA,
and SARAH GRONNA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>DEFENDANTS' MOTION FOR CONSOLIDATION; MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR CONSOLIDATION; CERTIFICATE OF SERVICE |

212243_1.DOC

## DEFENDANTS' MOTION FOR CONSOLIDATION

Defendants STATE OF HAWAI`I, DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, SARAH GRONNA and MEREDITH MAEDA, by and through their attorneys, hereby move this Honorable Court for an order consolidating two related cases pending before this district in Civil No. 04-00390 JMS-KSC and Civil No. 06-00367 SPK-KSC.

This Motion is made pursuant to Rule 42 of the Federal Rules of Civil Procedure, and Rule 7.2 of the Local Rules of Practice for the United States District Court for the District of Hawai`i, and is supported by the attached memorandum and the pleadings in this case.

DATED:   Honolulu, Hawai`i, November 2, 2006.

_____
NELSON Y. NABETA
Deputy Attorney General

Attorney for Defendant
STATE OF HAWAI`I
DEPARTMENT OF EDUCATION, PATRICIA
HAMAMOTO, MEREDITH MAEDA,
and SARAH GRONNA