# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00390JMS-KSC |
| CASE NAME: | Robert Sherez v. State of Hawaii, Department of Education, et al. |
| ATTYS FOR PLA: | Andre Wooten |
| ATTYS FOR DEFT: | Nelson Nabeta |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 11/6/2006 | TIME: | 9:15-9:20am |

COURT ACTION:  EP: Status Conference.  The court informed counsel that it is disinclined to grant consolidation and that the 3/28/07 Jury Trial is a firm date.

Further Settlement Conference set 12/7/06 at 1:30pm before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager