IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ, | CIVIL NO. 04-00390 JMS-KSC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I CERTIFY that on November 16, 2006, a copy of the foregoing was duly served via U.S. mail, postage prepaid as follows:

ANDRE WOOTEN, ESQ.
1188 Bishop Street, Suite 1909
Honolulu, Hawaii 96813

DATED: Honolulu, Hawai'i, November 16, 2006..

_____
NELSON Y. NABETA
Deputy Attorney General

213512_1.DOC