**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 16 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

MARK J. BENNETT             2672
Attorney General of Hawaii

JAMES E. HALVORSON          5457
NELSON Y. NABETA            3004
Deputy Attorneys General
Department of the Attorney
  General, State of Hawai`i
235 S. Beretania Street, 15th Floor
Honolulu, Hawai`i  96813
Telephone: (808) 587-2900
Facsimile:  (808) 587-2965

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>　　　　Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>DEFENDANT SARAH GRONNA'S MOTION TO DISMISS SECOND AMENDED COMPLAINT FILED DECEMBER 21, 2005; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

213597_1.DOC

DEFENDANT SARAH GRONNA'S MOTION TO DISMISS
SECOND AMENDED COMPLAINT FILED DECEMBER 21, 2005

Defendant SARAH GRONNA, in her individual capacity, by and through her attorneys, hereby moves this Honorable Court for an order dismissing all claims asserted against her contained in Plaintiff's Second Amended Complaint filed on December 21, 2005.

This Motion is made pursuant to Rule 12(b), Federal Rules of Civil Procedure and Rule 7.2 of the Local Rules of Practice for the United States District Court for the District of Hawai`i, and is supported by the attached memorandum and the pleadings in this case and in the related case, Civil No. 06-00367 SPK-KSC.

DATED: Honolulu, Hawai`i, November 16, 2006.

_____
JAMES E. HALVORSON
Supervising Deputy Attorney General

_____
NELSON Y. NABETA
Deputy Attorney General
Attorneys for Defendant
SARAH GRONNA