IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>     Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI'I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai'i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>     Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I CERTIFY that on November 16, 2006, a copy of the foregoing was duly served via U.S. mail, postage prepaid as follows:

    ANDRE WOOTEN, ESQ.
    1188 Bishop Street, Suite 1909
    Honolulu, Hawaii  96813

DATED:  Honolulu, Hawai'i, November 16, 2006..

                                            NELSON Y. NABETA
                                            Deputy Attorney General