**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 17 2006

at ___ o'clock and 55 min P M
SUE BEITIA, CLERK

MARK J. BENNETT                 2672
Attorney General of Hawai`i

JAMES E. HALVORSON              5457
NELSON Y. NABETA                3004
Deputy Attorneys General
Department of the Attorney
  General,   State of Hawai`i
235 South Beretania Street, 15th Floor
Honolulu, Hawai`i  96813
Telephone: (808) 587-2900
Facsimile:  (808) 587-2965

Attorneys for Defendants
STATE OF HAWAI`I,
DEPARTMENT OF EDUCATION and
SARAH GRONNA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR CONSOLIDATION FILED ON NOVEMBER 2, 2006; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date:   November 30, 2006<br>Time:   9:30 a.m.<br>**Judge:   The Honorable<br>          KEVIN CHANG** |

214064_1.DOC

## REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR CONSOLIDATION FILED ON NOVEMBER 2, 2006

The Plaintiff's opposition to Defendant's Motion For Consolidation argues that consolidation is not necessary because the Plaintiff is asserting two sets of different claims in each case. Memorandum in Opposition, p. 2. This argument is not supported by the court record. The record shows that the two cases assert the same claims against the same parties based on the same facts twice.

On December 21, 2005, the Plaintiff filed his Second Amended Complaint (hereinafter "Complaint") against Defendants State of Hawaii Department of Education, Patricia Hamamoto, Sarah Gronna and Meredith Maeda in Civil No. 04-00390 JMS-KSC.

Later, on October 26, 2006, the Plaintiff filed a First Amended Complaint in Civil No. 06-00367 SPK-KSC (hereinafter "New Complaint"). The New Complaint is very similar to the original Complaint in Civil No. 04-00390 JMS-KSC. The New Complaint is similar to the original Complaint in that it names the same parties that were named in the original Complaint: Defendants State of Hawaii, Hamamoto, Gronna and Maeda. New Complaint, ¶¶ 2-5. Further, the New Complaint asserts the same claims of liability against the same parties. New Complaint, ¶¶ 151-161. Moreover, the New Complaint contains the same factual

allegations against the same parties that were previously forth in the original Complaint:

| Civil No. 04-00390 JMS-KSC | Civil No. 06-00367 SPK-KSC |
|---|---|
| Paragraph No. 7 | Paragraph No. 12 |
| Paragraph No. 8 | Paragraph No. 13 |
| Paragraph No. 10 | Paragraph No. 14 |
| Paragraph No. 11 | Paragraph No. 15 |
| Paragraph No. 12 | Paragraph No. 16 |
| Paragraph No. 12 | Paragraph No. 17 |
| Paragraph No. 13 | Paragraph No. 18 |
| Paragraph No. 14 | Paragraph No.s 19 and 47A |
| Paragraph No. 15 | Paragraph No.s 20 and 47B |
| Paragraph No. 16 | Paragraph No. 22 |
| Paragraph No. 16 | Paragraph No.s 23, 49 and 50 |
| Paragraph No. 17 | Paragraph No.s 24 and 50 |
| Paragraph No. 18 | Paragraph No.s 25 and 51 |
| Paragraph No. 19 | Paragraph No.s 26, 52 and 53 |
| Paragraph No. 20 | Paragraph No.s 27, 54 and 55 |
| Paragraph No. 21 | Paragraph No. 28 |

| Paragraph No. 22 | Paragraph No.s 29, 57 and 58 |
| --- | --- |
| Paragraph No. 23 | Paragraph No. 30 |
| Paragraph No. 24 | Paragraph No.s 31 and 60 |
| Paragraph No. 25 | Paragraph No. 32 |
| Paragraph No. 26 | Paragraph No. 33 |

Yet even when both cases contain the same parties, factual allegations and claims, the Plaintiff argues that he should be entitled to two separate trials. The Plaintiff's opposition implies his hope that he will obtain a double recovery for the same claims from the same parties based on the same facts. Plaintiff's wish for two bites of the apple, while somewhat understandable, should not be allowed as a matter of fairness. Given the manner in which the pleadings were drafted, the only reasonable course that would preserve fairness to the parties and preserve judicial resources would be to consolidate both cases for trial.

DATED: Honolulu, Hawai'i, November 17, 2006.

_____
NELSON Y. NABETA
Deputy Attorney General

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SHEREZ, | CIVIL NO. 04-00390 JMS-KSC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| STATE OF HAWAI'I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai'i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2006, a copy of the foregoing documents was duly served via U.S. mail, postage prepaid as follows:

ANDRE S. WOOTEN, ESQ.
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawai'i  96819

DATED:   Honolulu, Hawai'i, November 17, 2006

_____
NELSON Y. NABETA
Deputy Attorney General

214064_1.DOC