**ORIGINAL**

MARK J. BENNETT         2672
Attorney General of Hawai`i

JAMES E. HALVORSON      5457
NELSON Y. NABETA        3004
Deputy Attorneys General
Department of the Attorney
  General,  State of Hawai`i
235 South Beretania Street, 15th Floor
Honolulu, Hawai`i  96813
Telephone: (808) 587-2900
Facsimile:  (808) 587-2965

Attorneys for Defendant
STATE OF HAWAI`I
DEPARTMENT OF EDUCATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 2 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>            Plaintiff,<br><br>    vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>            Defendants. | CIVIL NO. 04-00390 HG-KSC<br><br>DEFENDANT STATE OF HAWAI'I, DEPARTMENT OF EDUCATION'S MOTION TO DISMISS SECOND AMENDED COMPLAINT FILED ON DECEMBER 21, 2005 FOR LACK OF SUBJECT MATTER JURISDICTION; MEMORANDUM IN SUPPORT OF MOTION TO DISMISS; CERTIFICATE OF SERVICE |

DEFENDANT STATE OF HAWAII, DEPARTMENT OF EDUCATION'S MOTION TO DISMISS SECOND AMENDED COMPLAINT FILED ON DECEMBER 21, 2005 FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant State of Hawai'i, Department of Education, by and through its attorneys, hereby moves this Honorable Court for an Order dismissing Causes of Action III, IV, V, VI, and VII asserted against it contained in Plaintiff's Second Amended Complaint filed on December 21, 2005 because the Court lacks jurisdiction to adjudicate these claims. Further, Defendant State of Hawai'i, Department of Education hereby moves that the same claims asserted against the official capacities of all named individual defendants be dismissed as well, since a suit against a state official in that person's official capacity is the same as an action against a state. Kentucky v. Graham, 473 U.S. 159, 166-67 (1985).

This Motion is made pursuant to Rule 12(b), Federal Rules of Civil Procedure and Rule 7.2 of the Local Rules of Practice for the United States District Court for the District of Hawai`i, and is supported by the attached memorandum

and the pleadings in this case and in the related case, Civil No. 06-00367 SPK-KSC.

DATED: Honolulu, Hawai`i, November 22, 2006.

_____
NELSON Y. NABETA
Deputy Attorney General

Attorneys for Defendant
STATE OF HAWAII,
DEPARTMENT OF EDUCATION