IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SHEREZ, | CIVIL NO. 04-00390 HG-KSC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| STATE OF HAWAI'I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai'i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2006, a copy of the foregoing document was duly served via U.S. mail, postage prepaid as follows:

ANDRE S. WOOTEN, ESQ.
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawai'i  96819

Attorney for Plaintiff
ROBERT SHEREZ

DATED:   Honolulu, Hawai'i, November 22, 2006.

_____
NELSON Y. NABETA
Deputy Attorney General

214444_1.DOC