**ORIGINAL**

MARK J. BENNETT 2672
Attorney General of Hawai`i

JAMES E. HALVORSON 5457
NELSON Y. NABETA 3004
Deputy Attorneys General
Department of the Attorney
  General, State of Hawai`i
235 South Beretania Street, 15th Floor
Honolulu, Hawai`i 96813
Telephone: (808) 587-2900
Facsimile: (808) 587-2965
Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 29 2006

at 10 o'clock and 41 min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDITH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>  Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>DEFENDANTS' MOTION FOR THE EXTENSION OF TIME FOR THE FILING OF DISPOSITIVE MOTIONS AND FOR THE RECONSIDERATION OF ORDER STRIKING MOTIONS TO DISMISS FILED BY DEFENDANTS GRONNA AND MAEDA; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

214812_1.DOC

DEFENDANTS' MOTION FOR THE EXTENSION OF TIME FOR THE FILING OF DISPOSITIVE MOTIONS AND FOR THE RECONSIDERATION OF ORDER STRIKING MOTIONS TO DISMISS FILED BY DEFENDANTS GRONNA AND MAEDA

Defendants State of Hawaii, Department of Education, Sarah Gronna and Meredith Maeda, by and through their attorneys, hereby moves this Honorable Court for an order extending the dispositive motion deadline and to reconsider its order striking Motions to Dismiss filed by Defendant Gronna and Maeda on November 16, 2006.

This Motion is made pursuant to Rules 16 and 60, Federal Rules of Civil Procedure and Rule 7.2 of the Local Rules of Practice for the United States District Court for the District of Hawai`i, and is supported by the attached memorandum and the pleadings in this case.

DATED: Honolulu, Hawai`i, November 19, 2006.

_____
NELSON Y. NABETA
Deputy Attorney General

214812_1.DOC