IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ, | CIVIL NO. 04-00390 HG-KSC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDITH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School, | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2006, a copy of the foregoing document was duly served via U.S. mail, postage prepaid as follows:

ANDRE S. WOOTEN, ESQ.
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawai`i  96813

Attorney for Plaintiff

DATED:    Honolulu, Hawai`i, November 19, 2006.

_____
NELSON Y. NABETA
Deputy Attorney General

214812_1.DOC