# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00390JMS-KSC |
| CASE NAME: | Robert Sherez v. State of Hawaii, Department of Education, et al. |
| ATTYS FOR PLA: | no appearance |
| ATTYS FOR DEFT: | Nelson Nabeta |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 11/30/2006 | TIME: | 9:36-9:39:53am |

COURT ACTION:  EP: Defendants' Motion for Consolidation [103].

It is now 9:40am and plaintiff's counsel Andre Wooten is not present, but Mr. Wooten has filed an opposition to this motion to consolidate with CV06-00367SPK-KSC.

Motion denied.  Court to prepare the order.

Submitted by: Shari Afuso, Courtroom Manager