# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/07/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CIVIL 04-00390JMS-KSC

CASE NAME:         Robert Sherez vs. State of Hawaii Department of Education, et al.,

ATTYS FOR PLA:     Andre S. Wooten

ATTYS FOR DEFT:    Nelson Nabeta

INTERPRETER:

JUDGE:   J. Michael Seabright         REPORTER:   Sharon Ross

DATE:    12/07/2006                   TIME:       1:15 - 1:40

COURT ACTION:   Status Conference:

Parties are to get together one week to work on a stipulation regarding matters raised in Plaintiff's Second Amended Complaint that had already been ruled on in the Court's Order dated September 1, 2005.

Defendants Maeda and Gronna are being granted leave to file motions to dismiss by December 18, 2006. Defendants were instructed by the Court that they may only raise matters that they previously raised in their motions that were denied by the Court without prejudice on August 16, 2005.

Hearing on defendants Maeda and Gronna's forthcoming motions scheduled for February 12, 20027 at 10:00 a.m.

Submitted by:   Dottie Miwa, Courtroom Manager