# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
12/7/2006  4:30 pm<br>
<br>
SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00390JMS-KSC |
| CASE NAME: | Robert Sherez v. State of Hawaii, Department of Education, et al. |
| ATTYS FOR PLA: | Andre Wooten<br>Plaintiff Robert Sherez |
| ATTYS FOR DEFT: | Nelson Nabeta<br>Beth Schmelfennig, DOE representative |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 12/7/2006 | TIME: | 1:35-3:30pm |

COURT ACTION:  EP: Further Settlement Conference.  Settlement conference held.  No settlement.

Submitted by: Shari Afuso, Courtroom Manager