IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROBERT SHEREZ, | ) | CIVIL. NO.  04-00390 JMS/KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| vs. | ) | DEFENDANTS' MOTION FOR |
| | ) | EXTENSION OF TIME |
| STATE OF HAWAII | ) | |
| DEPARTMENT OF EDUCATION; | ) | |
| PATRICIA HAMAMOTO, | ) | |
| Superintendent of Hawaii Schools; | ) | |
| MEREDITH MAEDA, Principal, | ) | |
| Castle High School; SARA | ) | |
| GRONNER OR GRONNA, Vice | ) | |
| Principal of Castle High School, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME

On November 16, 2006, Defendants Sarah Gronna and Meredith Maeda filed separate motions to dismiss Plaintiff's Second Amended Complaint (Doc. Nos. 109, 110).  The court struck those motions as untimely on November 17, 2006.  On November 29, Defendants filed motions for extension of time for the filing of dispositive motions and for reconsideration of the court's Order striking Maeda and Gronna's motions to dismiss.  The court GRANTS

Defendants' motion for extension of time and DENIES Defendants' motion for reconsideration.[1]

Defendants may file their motions *only* with respect to those matters specifically permitted by the court. At the status conference held on December 7, 2006, Defendants were instructed that they may raise only those matters previously raised in Gronna's motion for judgment on the pleadings or for summary judgement (Doc. No. 34) and the State Defendants' motion for summary judgment (Doc. No. 36), which were denied without prejudice in the court's August 16, 2005 Order (Doc. No. 56). Defendants' motions are to be filed by December 18, 2006. No further dispositive motions shall be permitted.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 7, 2006.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Sherez v. Dep't of Education et al.*, Civ. No. 04-00390 JMS/KSC, Order Granting Defendants' Motion for Extension of Time

---

[1] All Defendants are granted an extension of time in which to file dispositive motions. Defendants Maeda and Gronna must file new motions in conformity with this Order and may not refile the motions (Doc. Nos. 109, 110) previously stricken by the court as untimely.