ORIGINAL

MARK J. BENNETT 2672
Attorney General of Hawai`i

JAMES E. HALVORSON 5457
NELSON Y. NABETA 3004
Deputy Attorneys General
Department of the Attorney
  General, State of Hawai`i
235 South Beretania Street, 15th Floor
Honolulu, Hawai`i 96813
Telephone: (808) 587-2900
Facsimile: (808) 587-2965
Attorneys for Defendants
STATE OF HAWAI'I,
DEPARTMENT OF EDUCATION
MEREDITH MAEDA and SARAH GRONNA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 18 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| ROBERT SHEREZ, | CIVIL NO. 04-00390 JMS-KSC |
|---|---|
| Plaintiff, | DEFENDANT STATE OF HAWAII'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF BEVERLY REIDY; DECLARATION OF MARTIN MATTISON; DECLARATION OF MEREDITH MAEDA; DECLARATION OF SARAH GRONNA; DECLARATION OF PAULINE KOKUBUN; DECLARATION OF HELEN SANPEI; CERTIFICATE OF SERVICE |
| vs. | |
| STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School, | |
| Defendants. | |

## DEFENDANT STATE OF HAWAII'S MOTION FOR SUMMARY JUDGMENT

Defendant STATE OF HAWAI`I, DEPARTMENT OF EDUCATION, by and through their attorneys, hereby move this Honorable Court for an order granting summary judgment in Defendants' favor on COUNTS I, II and VIII of Plaintiff's Second Amended Complaint filed on December 21, 2005.

Further, Defendant STATE OF HAWAI'I, DEPARTMENT OF EDUCATION hereby moves that the same claims asserted against the official capacities of all named individual defendants be dismissed as well, since a suit against a state official in that person's official capacity is the same as an action against a state. Kentucky v. Graham, 473 U.S. 159, 166-67 (1985).

This Motion is made pursuant to Rule 56, Federal Rules of Civil Procedure, and Rule 7.2 of the Local Rules of Practice for the United States District Court for the District of Hawai`i, and is supported by the attached memorandum, declarations, and the pleadings in this case.

DATED:   Honolulu, Hawai`i, December 18, 2006..

_____
NELSON Y. NABETA
Deputy Attorney General

Attorneys for Defendants