IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI'I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai'i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>DECLARATION OF PAULINE KOKUBUN |

## DECLARATION OF PAULINE KOKUBUN

I, PAULINE KOKUBUN, declare as follows:

1. I am presently employed by the Department of Education as a District Educational Specialist assigned to the Honolulu District Office. I have been in this position since 2002. My duties include the administration of all special education programs and services for the six complexes in the Honolulu District, in conformance with current federal and Department of Education rules, policies, regulations and program guidelines. This includes, but is not limited to, plans and projections relating to staffing, budget, program establishment and program emphasis, directing the diagnostic, identification, certification of pupil personnel

217193_1.DOC

services and administrative program support for the complex area superintendent and district resource staff and direct service providers.

2. As an educational specialist, one of the programs I supervise is the Home-Hospital Instructional Services program. This program provides instruction to students, in the Honolulu District, who are not able to attend school because of medical reasons. Furthermore, as an educational specialist who has oversight of this program, I am familiar with all policies relevant to this program.

3. This program has maintained a pool of part-time teachers willing to serve as tutors. The program assigns tutors on an as needed basis that allows for all the available tutors to obtain assignments on a fair basis, for the good of the students. This method of assignment is used in order to maintain the number of teachers in the pool of qualified tutors that the program could call upon.

4. This program does not have a policy that prohibits the assignment of a male teacher to serve as a tutor for a female student.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawai`i, December 15, 2006.

*[signature]*
PAULINE KOKUBUN