IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>DECLARATION OF HELEN SANPEI |

## DECLARATION OF HELEN SANPEI

I, HELEN SANPEI, declare as follows:

1. I am employed by the Department of Education as the principal of McKinley Community School for Adults. I have served as the principal for this school since August, 2002.

2. As the Principal, I am responsible for the overall administrative oversight of the entire school, including the supervision of the school's students, teachers and programs. In particular, I am responsible for the hiring of teachers for the various classes.

216926_1.DOC

3. Teachers of the McKinley Community School for Adults are considered casual, part time employees, and hired specifically to teach particular classes at the school for one semester at a time. The hiring of a part time teacher to teach a particular class depends on the enrollment of students for the class, the availability and qualifications of the teachers who express an interest in teaching the course.

4. The McKinley Community School for Adults holds classes during three semesters each year. The fall semester begins in month of August and ends in the month of November. The spring semester begins in the month of February and ends in the month of May. Finally, the summer semester begins in the month of June and ends in the month of July. Prior to the start of each semester, I made decisions to hire teachers for the coming semester.

5. Robert Sherez was hired to teach a GED class in the fall semester of 2002 and the spring semester of 2003.

6. Near the end of the spring semester of 2003, I was informed that the enrollment of students for the next semester of the GED class would be smaller than the preceding semesters and would support only one class. At the time, another teacher expressed an interest in teaching the GED course. As the principal, I selected the other teacher who was more qualified to teach the course and notified Mr. Sherez that he would not be needed to teach the course during the succeeding semester.

7.   Mr. Sherez completed teaching the GED class in the spring semester of 2003.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:   Honolulu, Hawai`i, December 15, 2006.

_____
HELEN SANPEI