IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>                Plaintiff,<br><br>   vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>                Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that one copy of foregoing was duly served by deposit in the United States mail, postage prepaid, to the following address on December 18, 2006:

      ANDRE S. WOOTEN, ESQ.
      Century Square, Suite 1909
      1188 Bishop Street
      Honolulu, Hawai`i  96813

      DATED:    Honolulu, Hawai`i, December 18, 2006.

                                      NELSON Y. NABETA