**ORIGINAL**



MARK J. BENNETT          2672
Attorney General of Hawai`i

JAMES E. HALVORSON       5457
NELSON Y. NABETA         3004
Deputy Attorneys General
Department of the Attorney
  General,  State of Hawai`i
235 South Beretania Street, 15th Floor
Honolulu, Hawai`i  96813
Telephone: (808) 587-2900
Facsimile:  (808) 587-2965
Attorneys for Defendants
STATE OF HAWAI'I,
DEPARTMENT OF EDUCATION
MEREDITH MAEDA and SARAH GRONNA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| ROBERT SHEREZ, | CIVIL NO. 04-00390 JMS-KSC |
|---|---|
| Plaintiff, | DEFENDANTS MEREDITH MAEDA AND SARAH GRONNA'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MEREDITH MAEDA; DECLARATION OF SARAH GRONNA; DECLARATION OF MARTIN MATTISON; CERTIFICATE OF SERVICE |
| vs. | |
| STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School, | |
| Defendants. | |

## DEFENDANTS MEREDITH MAEDA AND SARAH GRONNA'S MOTION FOR SUMMARY JUDGMENT

Defendants Meredith Maeda and Sarah Gronna, in their individual capacities, by and through their attorneys, hereby moves this Honorable Court for an order granting summary judgment in their favor on Counts IV, V, and VI of Plaintiff's Second Amended Complaint filed on December 21, 2005, as a matter of law.

This Motion is made pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Rule 7.2 of the Local Rules of Practice for the United States District Court for the District of Hawai`i, and is supported by the attached memorandum, declarations, and the court's file and pleadings in this case.

DATED: Honolulu, Hawai`i, December 18, 2006.

_____
NELSON Y. NABETA
Deputy Attorney General

Attorney for Defendants
DEPARTMENT OF EDUCATION,
MEREDITH MAEDA, and
SARAH GRONNA