IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>          Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI'I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai'i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>          Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that one copy of foregoing was duly served by deposit in the United States mail, postage prepaid, to the following address on December 18, 2006:

    ANDRE S. WOOTEN, ESQ.
    Century Square, Suite 1909
    1188 Bishop Street
    Honolulu, Hawai'i  96813

    DATED:   Honolulu, Hawai'i, December 18, 2006.

                                                                NELSON Y. NABETA

216767_1.DOC