ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 19 2006

at 1 o'clock and 30 min P
SUE BEITIA, CLERK

ANDRE' S. WOOTEN    #3887
Attorney At Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 545-4165

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SHEREZ, ) | Civil No. 04-00390 HG-KSC |
| ) | |
| Plaintiff, ) | NOTICE OF UNAVAILABILITY OF |
| ) | COUNSEL |
| vs. ) | |
| ) | |
| STATE OF HAWAII ) | |
| DEPARTMENT OF EDUCATION; ) | |
| PATRICIA HAMAMOTO, ) | |
| Superintendent of Hawaii ) | |
| Schools; MEREDITH MAEDA, ) | |
| Principal of Castle High School; ) | |
| SARA GRONNER or GRONNA, ) | |
| Vice Principal of Castle High School, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF UNAVAILABILITY OF COUNSEL

TO THE PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT André S. Wooten, Attorney of Record in the above entitled matter will be unavailable from December 21, 2006 through January 2, 2007 for any and all court appearances including *ex parte* applications, depositions, and discovery or any other matter in the within action.

Please take further notice that counsel are cautioned not to schedule appearances or other proceedings requiring response with the designated period. Purposely scheduling a conflicting proceeding without good cause is sanctionable conduct. <u>Tenderloin Housing, Inc. v. Adams Sparks, et al.</u> (1992), 8 Cal.App.4th 299.

DATED: Honolulu, Hawaii    Dec. 18, 2006

Attorney André S. Wooten
Attorney for Plaintiff Robert Sherez

DATED: Honolulu, Hawaii, _Dec 18, 2006_.

_____
ANDRE' S. WOOTEN
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SHEREZ, ) | Civil No. 04-00390 HG-KSC |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| STATE OF HAWAII ) | |
| DEPARTMENT OF EDUCATION; ) | |
| PATRICIA HAMAMOTO, ) | |
| Superintendent of Hawaii ) | |
| Schools; MEREDITH MAEDA, ) | |
| Principal of Castle High School; ) | |
| SARA GRONNER or GRONNA, ) | |
| Vice Principal of Castle High School, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the persons listed via hand delivery to the last known address:

    MARK J. BENNETT, ESQ.
        Attorney General
    JAMES E. HALVORSON, ESQ.
    NELSON Y. NABETA, ESQ.
        Deputy Attorneys General
        Department of the Attorney General
        Employment Law Division
        235 South Beretania St., 15th Floor
        Honolulu, Hawaii 96813

        Attorneys for Defendants

Dated: Honolulu, Hawaii      Dec. 18, 2006

_____
André S. Wooten
Attorney for Plaintiff