MARK J. BENNETT  2672
Attorney General of Hawai`i

JAMES E. HALVORSON  5457
NELSON Y. NABETA  3004
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 South Beretania Street, 15th Floor
Honolulu, Hawai`i  96813
Telephone: (808) 587-2900
Facsimile:  (808) 587-2965
Attorneys for Defendants
STATE OF HAWAI'I,
DEPARTMENT OF EDUCATION
MEREDITH MAEDA and SARAH GRONNA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 2 2007

at __11__ o'clock and __20__ min. A.M.
SUE BEITIA, CLERK

LODGED

JAN 1 7 2007
11:00 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>    Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, by and among the parties hereto, Plaintiff ROBERT SHEREZ, by and through ANDRE WOOTEN, ESQ., Defendants Department of Education, State of Hawaii, Meredith Maeda and Sarah Gronna, by and through, by and through NELSON Y. NABETA, Deputy Attorney General, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that certain of the below listed causes of action brought by Plaintiff against the above-named Defendants in the Second Amended Complaint are hereby dismissed with prejudice as follows:

As to the Defendant Department of Education, State of Hawaii

Cause of Action III:  Intentional Infliction of Emotional Distress
Cause of Action IV: Violation of 42 U.S.C. § 1985
Cause of Action V:  Violation of 42 U.S.C. § 1986
Cause of Action VI:  Violation of 42 U.S.C. § 1983
Cause of Action VII:  Violation of Chapter 378, Haw. Rev. Stat.

As to Defendants Meredith Maeda and Sarah Gronna in their individual capacities:

Cause of Action I:  Violation of Title IX
Cause of Action III:  Intentional Infliction of Emotional Distress
Cause of Action VIII: Violation of Title VII

Each party will bear their own attorney's fees and costs.

All parties who have appeared in this action have signed this stipulation.

Trial in this matter had been set for March 28, 2007.

DATED: Honolulu, Hawai'i, _____ JAN 2 2 2007 _____

_____
ANDRE S. WOOTEN, ESQ.

Attorney for Plaintiff ROBERT SHEREZ

_____
NELSON Y. NABETA
Deputy Attorney General
Attorney for Defendants STATE OF HAWAI'I,
DEPARTMENT OF EDUCATION,
MEREDITH MAEDA and SARAH GRONNA

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Robert Sherez vs. SOH, DOE, et al.; Civil No. 04-00390 JMS-KSC; Stipulation For Dismissal With Prejudice

218969-1                                3