LINDA LINGLE
GOVERNOR



PATRICIA HAMAMOTO
SUPERINTENDENT

**STATE OF HAWAII**
DEPARTMENT OF EDUCATION
**WINDWARD OAHU DISTRICT**
46-169 KAMEHAMEHA HIGHWAY
KANEOHE, HAWAII 96744

LEA E. ALBERT
COMPLEX AREA SUPERINTENDENT

LOUISE P. WOLCOTT, Ed.D.
COMPLEX AREA SUPERINTENDENT

February 8, 2006

Mr. Robert Sherez
P. O. Box 61874
Honolulu, HI 96839

Dear Mr. Sherez:

This letter is in response to your letter dated January 27, 2006 regarding Home-Hospital Instruction tutoring. For the majority of our requests for home hospital instruction services received this school year, the schools have recommended and assigned tutors for their students.

We assist schools and act as a backup in providing them with names of registered tutors in cases when they don't have anyone available to service their students. We use a rotational basis for tutor assignment and also take into consideration location preferences of tutors (e.g. Kahuku Complex). Our records indicate that you were assigned a student in October, 2005 which resulted in the parent's request that someone else provide services.

I am not familiar with any personnel policy that states the hiring of a Class A Part-Time Teacher over a Class B Part-Time Teacher for tutoring assignments. If you have any personnel issues I would suggest you contact the Office of Human Services.

Sincerely,

Marty E. Mattison II
Marty Mattison, II
District Educational Specialist

Cc: Susan Kitsu via fax, 586-3331
    Mr. Griffin via fax, 541-3390

EXHIBIT 1