5/24/02

Ira Ilson
Counselor, ( 808 ) 233-5600  *x 212*
Castle High School
Kaneohe , Hawaii

To Whom It May Concern,

    Robert Sherez has been a Home & Hospital Tutor for our district and school for over 10 years. During the week of March 10th ,2000 ; I contacted him to tutor a student to start immediately for 10 hours per week to run through ESY ( Summer School ). This required him to start immediately. Unfortunately due to his vehicular injury he was unable to accept this job assignment. This assignment would have lasted for a minimum of 17 weeks. If you have any questions please contact me.

I am,

EXHIBIT 2