From: Mr. Won

Registrar, McKinley Community School for Adults

Department of Education, Hawaii

To Whom It May Concern;

Robert Sherez has served at McKinley Community School for Adults in the position of Teacher of Graduate Equivalence Diploma for several semesters. During this time it was necessary to move Mr. Sherez and his class in to our largest classroom facility due to the overcrowding and standing in the back of the room of those students wishing to attend specifically the class of Mr. Sherez. When it was decided to make a video of our school's highlights for the State Board of Education, Mr. Sherez was selected as the teacher for the video teaching his/our highest levels of math, etc. Mr. Sherez, has stayed late and arrived early, beyond his scheduled times, to help students. Due to this, students passed the GED State Exams. Mr. Sherez was an efficient and effective teacher. He supplied motivation with education. The devotion of his students was evidenced on the day his class ended. I can only recommend him for position in your organization as one of our finest.

Yours Truly,

Mr. Won

2/18/05

EXHIBIT 3