

THE PRAXIS SERIES
Professional Assessments for Beginning Teachers®

# ETS Recognition of Excellence

Presented To:

**ROBERT W SHEREZ**

SOCIAL STUDIES: CONTENT KNOWLEDGE

on
June 12, 2004

In acknowledgement of your outstanding score on The Praxis Series™

Your exceptional performance earned a score that ranks within the top 15% of all test takers who took this assessment in previous years. This achievement indicates a high level of proficiency in an area critical for professional educators.

Congratulations

Kurt Landgraf
President, Chief Executive Officer
Educational Testing Service

EXHIBIT 4