IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROBERT SHEREZ, | ) | Civil No. 04-00390 HG-KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF HAWAII | ) | |
| DEPARTMENT OF EDUCATION; | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I certify that a copy of *Foregoing Document* was duly served by hand delivery upon the following person(s) on _____January 26, 2007_____.

    MARK J. BENNETT, ESQ.
    Attorney General
    JAMES E. HALVORSON, ESQ.
    NELSON Y. NABETA, ESQ.
    Deputy Attorneys General
    Department of the Attorney General
    Employment Law Division
    235 South Beretania St., 15th Floor
    Honolulu, Hawaii 96813

    Attorneys for Defendants

DATED: Honolulu, Hawaii, _____January 25, 2007_____.

    _____
    ANDRE' S. WOOTEN
    Attorney for Plaintiff