

THE PRAXIS SERIES
Professional Assessments for Beginning Teachers®

# ETS Recognition of Excellence

*Presented To:*

**ROBERT W SHEREZ**

*In acknowledgement of your outstanding score on The Praxis Series™*

**SOCIAL STUDIES: CONTENT KNOWLEDGE**

on
**June 12, 2004**

*Your exceptional performance earned a score that ranks within the top 15% of all test takers who took this assessment in previous years. This achievement indicates a high level of proficiency in an area critical for professional educators.*

*Congratulations*

Kurt Landgraf
President, Chief Executive Officer
Educational Testing Service

EXHIBIT 4