IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SHEREZ, ) | Civil No. 04-00390 HG-KSC |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| STATE OF HAWAII ) | |
| DEPARTMENT OF EDUCATION; ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of *Foregoing Document* was duly served by hand delivery upon the following person(s) on _____January 26, 2007_____.

> MARK J. BENNETT, ESQ.
> Attorney General
> JAMES E. HALVORSON, ESQ.
> NELSON Y. NABETA, ESQ.
> Deputy Attorneys General
> Department of the Attorney General
> Employment Law Division
> 235 South Beretania St., 15th Floor
> Honolulu, Hawaii 96813
>
> Attorneys for Defendants

DATED: Honolulu, Hawaii, _____January 25, 2007_____.

*/s/ Andre' S. Wooten*
ANDRE' S. WOOTEN
Attorney for Plaintiff