I am, Dagmar Suzuki, swear,
I heard Mr. Won (our Mikynley
Adult school registrar)
Tell Mr. Scherez ← I heard it (FIRED)
was because of a sexual Lawsuit

Dagmar Rheinhilde Hokner Suzuki 12/4/04

STATE OF HAWAII                          )
                                         ) SS.
CITY AND COUNTY OF HONOLULU              )

On this _4th_ day of _December_ , ~~19~~ _2004_ , before me

personally appeared _Dagmar Reinhilde Hokner Suzuki_

to me known to be the person(s) described in and who executed the foregoing instrument and

acknowledged to me that _she_ executed the same as _her_ free act and deed.

Paula A.P. Mascoto
Notary Public, First Judicial Circuit,
State of Hawaii

My commission expires: 2/27/05

NP-002 (6/91)

EXHIBIT 5