ANDRE S. WOOTEN        3887
ATTORNEY AT LAW
1188 BISHOP STREET
SUITE 1909
HONOLULU, HI 96813
TEL: 808-545-4165

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 27 2007

at 8 o'clock and 25 min P M
SUE BEITIA, CLERK

ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SHEREZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>STATE OF HAWAII DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawaii Schools, MEREDITH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School.<br><br>           Defendants. | CIVIL NO.   04-00390 JMS-KSC<br><br>DECLARATION OF CRISTINA SAYURI OGAWA IN OPPOSITION TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT; CERTIFICATE OF SERVICE<br><br>Hearing: Feb. 12, 2007<br>Time: 9:00 AM<br>Judge: J. Michael Seabright<br><br>Trial; Date: March 28, 2007 |

DECLARATION OF CRISTINA SAYURI OGAWA IN
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

STATE OF HAWAII         )
                        )SS
CITY AND COUNTY OF HONOLULU, )

CRISTINA SAYURI OGAWA, being first duly sworn upon oath and upon penalty of perjury deposes that:

1. I, CRISTINA SAYURI OGAWA, am a colleague of Robert Sherez, whom I have known for several years.

2.     I sat in and audited Mr. Sherez, GED class at

McKinley school for adults, with the permission of Mr. Won, because I was contemplating quitting my job, to accept a previous offer from the DOE to enter their teaching school.

3    While I was there Mr. Won told me and the other students, the secretaries and Mr. Sherez that the GED course had been extended to coincide with the GED testing date.

4.    The enrollment in the class was being added to up until the very day it was suddenly stopped.

WHEREFORE, DECLARANT respectfully requests that the court deny the Defendant's Summary Judgment Motion and Grant Plaintiff's Counter Motion for Summary Judgment.

FURTHER DECLARANT SAYETH NAUGHT.

CRISTINA SAYURI OGAWA

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Foregoing was duly served upon the following on ___January 29, 2007___

by hand delivery to:

Department Of The Attorney General, State Of Hawaii
Mark Bennett, Attorney General
Nelson Nabeta, Esq., Deputy A.G.
235 South Beretania Street, 15th Floor
Honolulu, Hawaii  96813

Attorneys for Defendants.


DATED:    Honolulu, Hawaii      January 27, 2007

ANDRE' S. WOOTEN
Attorney for Plaintiff