# PEARL HARBOR POLICE DEPARTMENT
### 850 PEARL HARBOR BOULEVARD
### MEMORANDUM

11 NOV 99

Lieutenant Kirk KAMA
Operations Division
Pearl Harbor Police Department

Sir,

On November 5, 1999, at 1400 hours, a Domestic Disturbance (CCN 99-62813-02997) occurred at 3055 Arizona Road. The Social Worker that was present on the scene, was unable to control the situation and needed more professional assistance to sufficiently assess and control the situation. At that time, the Officers on the scene requested the assistance of MR. ROBERT SHEREZ.

On November 10, 1999, at 1400 hours, the same situation arose (CCN 99-62813-03045). Again the assistance of Mr. SHEREZ was requested to assist the on-scene Officers.

On both occasions, Mr. SHEREZ was able to diffuse a highly volatile situation that would have definitely escalated. Mr. SHEREZ was able to communicate effectively with one of the parties involved and assist in his peaceful removal.

In the future, if this event occurs again, we will insist on Mr. SHEREZ's professional assistance.

If you or any colleagues have any questions, please feel free to contact me at (W) 473-1238/1239 or at (Pgr.) 363-7455.

Respectfully,

Lt. K. KAMA #16

EXHIBIT 6