JOHN WAIHEE
GOVERNOR



CHARLES T. TOGUCHI
SUPERINTENDENT

**STATE OF HAWAII**
DEPARTMENT OF EDUCATION—WINDWARD OAHU DISTRICT
OFFICE OF DISTRICT SUPERINTENDENT
46-180 KAMEHAMEHA HWY.
KANEOHE, HAWAII 96744

June 26, 1989

Ann M. Kawaguchi
P.O. Box 1497
Kaneohe, Hawaii 96744

Dear Ann:

Thank you for your letter of June 8, 19__, in which you commend Robert Sherez for the good work he did as substitute teacher in a long term assignment for your classes.

It is gratifying to know that our substitute teacher personnel are doing notable work in the classrooms to maintain good education for our students. I thank you for the time you took to write the commendation; it is not often that we take the time to recognize and praise good work through a personal written statement.

Wishing you a restful and happy summer.

Sincerely,

Sakae N. Loo

Sakae N. Loo, Windward District Superintendent

SNL/ac

cc: Robert Sherez

8 MONTHS

EXHIBIT 7