November 3, 2004
Re: Robert Sherez

To whom it May Concern,

Robert Sherez has been tutoring my son, a Kalaheo High School student, for approximately four weeks. Robert has a calm demeanor, and has established a good rapport with my son. At no time has Robert been explosive, or distraught in any of his tutoring sessions with my son. He teaches my son in a calm and appropriate manner. Robert has provided excellent tutoring services for my son. In my opinion as an Professional mental health care provider, I judge Robert Sherez to be calm, non explosive, and a perfect teacher for special education students. His depth of knowledge is exceptional.

Sincerely,

Candace Sullivan, RN
Nurse Manager, Unit H
Hawaii State Hospital
(Psychiatric Services)

EXHIBIT 8