

**STATE OF HAWAII**
DEPARTMENT OF EDUCATION
OFFICE OF PERSONNEL SERVICES
P. O. BOX 2360
HONOLULU, HAWAII 96804

# SUBSTITUTE TEACHER OBSERVATION AND EVALUATION REPORT

INSTRUCTIONS:

For substitute teacher being evaluated, please complete this worksheet. (EVALUATE BY EXCEPTION ONLY)

### I. CLASSROOM CONTROL AND STUDENT RELATIONS

| | Sat. | Unsat. |
|---|---|---|
| Can manage classroom routines | X | |
| Is able to maintain behavior control positively | X | |
| Has respect for the individual student and demonstrates courtesy | X | |
| Is able to accept differing pupil viewpoints | Did Not Observe | |
| Is fair and understanding | X | |
| Is able to communicate effectively with students | X | |

### II. INSTRUCTIONAL SKILLS

| | Sat. | Unsat. |
|---|---|---|
| Utilizes lesson plans arranged by regular teacher(s) | X | |
| Is able to adapt plans to class situation | X | |
| Can motivate students positively | | |
| Uses own background knowledge and experience to enrich planned lessons | Did Not Observe | |
| Is able to develop and implement own lesson plans as necessary | Did Not Observe | |

### III. PROFESSIONAL ATTITUDES

| | Sat. | Unsat. |
|---|---|---|
| Seeks information about the school/class/grade routines and rules | X | |
| Meets obligations as set by the administration and staff | X | |
| Provides written informational feedback to regular teacher | X | |
| Is able to serve with the professional staff while at the school | Did Not Observe | |
| Meets role function and responsibilities of an effective substitute teacher | X | |

### IV. EVALUATION

Mr. Robert Sherez (Name of Substitute Teacher) has been observed by the undersigned while teaching at Ahuimanu Elementary _____ to _____ School during the period of one day, March 20, 1991

COMMENTS (Attach additional comments) Mrs. Eugenia Locther, regular grade six teacher, and requested for Mr. Robert Sherez' assistance in being the substitute teacher.

This substitute teacher (Check One):

[X] 1. MEETS the expectations of the Department
[ ] 2. DOES NOT MEET the expectations of the Department.

EXHIBIT 9

Signature of Substitute Teacher
(My signature does not necessarily indicate approval.)

Signature of Observer/Evaluator and Title

Date

Date

DISTRIBUTION: WHITE — State, CANARY — Substitute Teacher, PINK — District

RS 86-9866