THE JUDICIARY, STATE OF HAWAII
OFFICE OF THE ADMINISTRATIVE DIRECTOR
VOLUNTEER GUARDIANS AD LITEM PROGRAM

# Certification of Requirements

This Certifies that

**Robert Sherez**

has successfully completed all the requirements of the **VOLUNTEER GUARDIANS AD LITEM PROGRAM**

Pursuant to becoming a Citizen Volunteer and is Certified to serve as a court appointed Guardian Ad Litem for the Judiciary

In Witness Whereof this certificate is signed and sealed

This __13th__ day of __March__, 1993

_____
Administrative Director of the Courts

_____
Volunteer Guardians Ad Litem Program Manager
__First__ Judicial Circuit