FISHER HOUSE TRIPLER
315 KURKOWSKI ROAD

April 8, 1999

Home and Hospital Tutoring

Dear Sir :

    My name is Andre M. Penon and I am the father of Michael J. Penon a patient at Tripler Army Medical Center. My son has been registered with the Moanalua School in the Salt Lake area since December. Under the Home and Hospital tutoring program. We finally were assigned a teacher in late January. The teacher's name is Ms. Warman. According to Ms. Warman she was to bring work assignments, that was issue by each subject teacher. I became aware that another family in the Fisher House was receiving tutoring (the Murphy). I also saw and heard the teacher, Mr. Robert Sherez while he was tutoring young Jason Murphy. Mr. Sherez teaching skills are commendable, and he is very dedicated to his work. My son had the opportunity to go on a field trip with Jason, and his teacher. They went to the Bishop museum and according to my son. Mr. Sherez's dissertation of the Hawaii history was explained in such a fashion that my son felt he had learned a lot and kept his interest. In fact, while they were in the museum the tourist started to follow Mr. Sherez instead of the tour guide. On the other hand, Ms. Warman brings the assignments, explains what has to be done, and leave it up to Michael to finish, or to go on further into the chapters and if he has any questions to call her. However, when you try to call her you cannot get a hold of her. In addition, when she comes to the Fisher house she only stays about 15 minutes on any given visit. If Michael is going through the Chemotherapy or is admitted to the hospital, she never visits, but I have seen Jason's tutor there each time he has been admitted. Michael's school records speak for themselves. Michael needs to be challenged and Mr. Sherez would be right for him. I would appreciate if you would seriously consider assigning Mr. Sherez as Michael's tutor.

Sincerely,
Andre M. Penon


EXHIBIT