BENJAMIN J. CAYETANO
GOVERNOR

P.O. BOX 2360
HONOLULU, HAWAII 96804





PATRICIA HAMAMOTO
INTERIM SUPERINTENDENT

OFFICE OF HUMAN RESOURCES
PERSONNEL SERVICES BRANCH

## STATE OF HAWAII
### DEPARTMENT OF EDUCATION

### NOTIFICATION OF EMPLOYMENT STATUS TO EMPLOYEE

To: **ROBERT SHEREZ**
Employee (Print or Type)

Soc. Sec. No. **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**

Position: **Part Time Teacher, Home Hospital Instructor**

Program: **Home Hospital Insturction**

Employed in similar position/capacity: From: **1986** to **2003**   or   Number of Years **16**

From: **Marty Mattison, District Educational Specialist**
~~Principal/Vice Principal/Rank (Type)~~   DES

School: **Windward District Office**

Phone **233-5717** ext. **221**

This is notification that you have reasonable assurance of continuing employment in the same or similar capacity during the next school term which starts on **August, 2002**
Date

*No enrollment contingency:* In the past 1) There was sufficient enrollment in the program to enable you to be employed and there is indication that the enrollment situation for the program will be similar when school resumes in the fall or 2) Enrollment, even if reduced, is not likely to affect your employment status because services must still be provided for the type of students with whom you work.

*No funding contingency:* Due to the customary legislative and DOE budgeting process and cycle, program funds are not released until after dismissal of school for the summer. However, in prior year(s), there was no cessation of funds that resulted in your non-employment when school resumed and there is no reason to expect a change in the customary funding process/cycle for the coming term. Therefore, you have reasonable assurance of returning.

_____
DES ~~Principal/Vice Principal~~ Signature

Date **5/14/2002**

_____
Employee's Signature

Date **5/21/2002**

This section for School Office Use Only:
- Answer item #1 on DLIR Form UC 213 if contacted.
- Attach SU-1 in lieu of all other responses.

Distribution: Original to SASA
Copy to:
- Employee
- Personnel Regional Officer
- OHR, Certificated Records & Transactions

4/02

EXHIBIT **12**

DOE Form SU-1

AN AFFIRMATIVE ACTION AND EQUAL OPPORTUNITY EMPLOYER