BENJAMIN J. CAYETANO
GOVERNOR

P.O. BOX 2360
HONOLULU, HAWAII 96804



PAUL G. LeMAHIEU, Ph.D.
SUPERINTENDENT

OFFICE OF
PERSONNEL SERVICES

## STATE OF HAWAII
### DEPARTMENT OF EDUCATION

## NOTIFICATION OF EMPLOYMENT STATUS TO EMPLOYEE

To: __Mr. Robert W. Sherez__
         Employee

__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__
Soc. Sec. No.

__Tutor__
Position

__Home Hospital Instruction__
Program

Employed in similar position/capacity:   From: __1986__ to __2003__
                                                                    Year         Year

or   Number of Years __16__

From: __Dean M. Tsukada__
           Principal/Designee

This is notification that you have reasonable assurance of continuing employment in the same or similar capacity during the next fall term.

*No enrollment contingency*: In the past 1) There was sufficient enrollment in the program to enable you to be employed and there is indication that the enrollment situation for the program will be similar when school resumes in the fall or 2) Enrollment, even if reduced, is not likely to affect your employment status because services must still be provided for the type of students with whom you work.

*No funding contingency*: Due to the customary legislative and DOE budgeting process and cycle, program funds are not released until after dismissal of school for the summer. However, in prior year(s), there was no cessation of funds that resulted in your non-employment when school resumed in the fall and there is no reason to expect a change in the customary funding process/cycle for the coming year. Therefore, you have reasonable assurance of returning.

Comments or notes: _____

Principal/VP Signature            Date __May 20, 2002__

Employee Signature                Date __5/24/2002__

Distribution:   Original - School SASA
Copies to Employee; OPS, Regional Office of Personnel Services; OPS, Certificated Records and Transactions

EXHIBIT __13__

AN AFFIRMATIVE ACTION AND EQUAL OPPORTUNITY EMPLOYER

DOE Form SU-1