3-14-03

To whom it may:

Robert Shevez has worked with Aaron Hasley for a year and a half now. He has worked well with Aaron. We would like to keep Robert as his tutor. Aaron will graduate on May 31st. It is my understanding that Robert will be on the mainland for a couple of weeks. He mentioned to me that he will make up the hours before and/or after he returns. As long as the hours are covered by Mr. Shevez, he has my approval to do so. It is my understanding that Aaron's parents are in agreement with this plan.

Sincerely yours,

Richard Furmark Ed.D
Counselor
233-5600 x209

EXHIBIT 14