

sayuriogawa@hotmail.com

Printed: Saturday, October 30, 2004 6:47 PM

**From :** &lt;Pualani_Katsura/RISE/HIDOE@notes.k12.hi.us&gt;
**Sent :** Tuesday, June 15, 2004 8:38 PM
**To :** sayuriogawa@hotmail.com
**Subject :** Hiring

Hello Sayuri and Robert,
I just wanted to let both of you know that Becky thinks the world of you and that she said that hiring will take place in Aug. and September. It seems a little late to me. Becky has been here longer than I have and I do know for a fact that "our" people have been hired after that time. However, I would keep pursuing what we had discussed. It is always wonderful to sit and talk with both of you. Take care and keep in touch. Hugs, lani

EXHIBIT 15