

| | |
|---|---|
| warrensherez@hotmail.com | Printed: Saturday, October 2, 2004 1:34 PM |

**From :** <Pualani_Katsura/RISE/HIDOE@notes.k12.hi.us>
**Sent :** Monday, March 8, 2004 12:43 PM
**To :** "Warren Sherez" <warrensherez@hotmail.com>
**Subject :** Re: Small Gropu Meeting on 3/9

Hello Robert,
Thank you for your quick reponse. I am so sorry that we do not have the opportunity to relax and talk, Whenever we get together, there is so much to cover and so little time, I do appreciate you and your positive attitude. I enjoy having you in class. Keep smiling, Lani

EXHIBIT 16