COMMUNITY EDUCATION DIVISION
Kapālama Heights
Honolulu, Hawai'i 96817

# KAMEHAMEHA SCHOOLS  BERNICE PAUAHI BISHOP ESTATE

November 7, 1990

MEMORANDUM

TO:  All ABSI staff

    Dr. Beverly Robinson    Claire Vericker
    Cheryl Saito    Carol Tagal
    Danny Clark    Barbara Volhein
    Lorene Au    XRobert Sherez
    Lani Ehia    Ken Kobuke
    Peter Tawarahara    Nancy Salemi
    Pat Holmes

FROM:  Dr. VerlieAnn Malina-Wright

SUBJECT:  End-of-Term XIII-2 staff meeting

Our regular end-of-term staff meeting will be held on Monday, November 26 from 3:30 to 6:00 p.m. in Paki 302 on the Kapalama campus.

As part of the meeting, Peter Tawarahara, Basic Skills evening instructor, will be presenting the first in a series of staff development sessions on the use of Apple IIes for basic skills instruction.

The agenda, the inservice schedule and a map of campus are attached. I would like to encourage all of you to attend. Mahalo.

cc:  Harry Fujinaka
    Rose Teshima
    Bob Comeau
    Kahalu'u KEY Project Director

17