Candace Sullivan
150-6 Noke Street
Kailua, HI 96734
808-254-6830

May 9, 2005

RE: Letter of Reference for Mr. Robert Sherez

Mr. Sherez has tutored my sixteen-year-old son, Alika ▆▆▆, for the last six months. His competency with working with trouble teenagers, his consideration, sensitivity and good humor ensured Alika's success in the planned educational activities. Mr. Sherez knack for gauging other people's level of knowledge and attitudes kept Alika on his toes.

Mr. Sherez quickly made a thorough assessment of Alika's education requirements, his strengths and weaknesses, and focused on the areas needing improvement. He varied his lessons and worked hard to make them interesting and relevant challenging Alike to use critical thinking skills.

Alika's change in attitude towards school work has been demonstrated in passing grades, exceptional test results and excellent interviews with school officials. My family looks forward to Alika being mainstreamed back into a regular classroom environment in the 2005/2006 school year. Mr. Sherez was vital to making that happen.

Sincerely,

Candace S▆▆▆▆
Nurse Manager
Hawaii State Hospital


EXHIBIT 18