# memorandum

**Date:** 10/25/2004

**To:** Whom It May Concern

**From:** Candace ▓▓▓, Parent of Alika ▓▓▓

**RE:** Robert Sherez

---

This is a letter of recommendation for Mr. Robert Sherez. Mr. Sherez has been assigned by the DOE to tutor my son Alika ▓▓▓, 15 hours a week. Mr. Sherez met with Alika and I prior to starting the tutoring service to establish the times Alika and he would meet, and to review the expectations he would have of Alika.

From day one, Mr. Sherez has been an excellent tutor. He has motivated Alika, kept Alika focused on the task at hand, and has managed to teach and have Alika complete the work expected of him. Mr. Sherez has an exceptional knowledge base and has been able to share this with Alika. Mr. Sherez has established an excellent teaching rapport with Alika.

Sincerely,

Candace ▓▓▓