To whom it may concern:    4-25-06
Regarding MR. Robert Sterns

Robert has been my son's tutor for some time now. He has instructed in a variety of subjects and has shown outstanding ability to communicate, instruct and follow through in a productive manner despite my son's difficult situation.

I would highly recommend Robert for any position he would care to take.

Michael Waters
847 Onaha Street
Kailua, Hawaii
262-2040

EXHIBIT 20