May 26, 2001

McKinley High School

To Whom It May Concern:

This letter is to inform you that Devin's tutor Robert has been trying to set appointments with Devin. He has called everyday to see if Devin will be home to keep his appointments but, because of personal family problems we are facing due to people lying to him, and other issues, (Devin is in and out of the house), he has also come to the house to try and counsel with Devin to see if there was a way to solve some of the difficulties he is facing but, no response on Devin's part. Devin has left the house again to spend some time with his biological mother and will not give the tutor the address. They have conversation via the telephone. We are trying to resolve the family issue but, with Devin, it takes a lot of time to heal. If you have any questions regarding this matter, please feel free to call. Ph. 808 841 3688

Sincerely,

PATRICK M. CLEMENTE

EXHIBIT 2