May 31, 2006

To whom it may concern;

This is a letter of recommendation for Robert Sherez. He has been tutoring my son for the last 2 months. He has been an excellent teacher for my son. My son has been able to make up all his work that he had missed and also catch up with all his school work in order to graduate with his class. I would recommend him for any student that need to make up school work. He has the patience and the understanding and dedication to be able teach students on their level. Mr. Sherez had put in alot of long hard working hours with my son. My Family appreciates the time that he had spent with my son. Aloha and Thank You. Very Much.

Mahalo

Dawn K. Naleieha
Dawn K. Naleieha
PH# 808-216-9266 or
808-489-8467.


EXHIBIT 2