Bassett Development Corporation
dba Hale O' Kuuipo
1159 Alewa Drive
Honolulu, HI 96817

September 1, 2005

To whom it may concern:

Robert Sherez did a wonderful job of working with Brandon ████ despite the lack of necessary programs and services provided to him. We were very happy and content with Robert's work and progress with Brandon.

Brandon ████ has many obstacles and challenges in his life to overcome having limited abilities to work with. Robert Sherez went above and beyond his assigned duties of working with Brandon. We were so pleased with his work we requested for Robert again on one of our other persons. When we requested for Robert, we were sent several females who weren't able to fulfill and handle the requirements our person needed. Robert is highly recommended and we would like to request for his services again in the future when the need arises.

Sincerely,

*[signatures]*

AJ & MaryJean Bassett

EXHIBIT 23