March 24, 2003

Mr. Sherez,

Per your request, this letter is to document that you are the most appropriate person for the job at this time. You are being asked to tutor Randen ~~Saludes~~ 5 days a week (Monday – Friday) from 8:00 am to 12:00 noon. I have enclosed his academic scores and a DRAFT of his IEP PLEP and goals and objectives. IEP meeting will be held on March 31st, 2003. If you have any concerns or comments please feel free to call me at 675-0335 or contact Pete Elson at Waianae High School 697-7015. Thank you.

Sincerely,

*Michelle Matsumoto*
Michelle Matsumoto
LDO RT

EXHIBIT 24

---

AWAITING FUTHER DETAILS OF STUDENT FROM SCHOOL TO SEE IF I AM QUALIFIED
+ MEETING 4/11

SOCIAL SERVICES
HOUSE SUPERVISOR
AJ - 864-9891 — CONTACT PERSON

To Begin - STARTS ~~4~~/28

1) IS CHILD VIOLENT — if so — needs
2) IS CHILD RETARDED, LAW F.A.
3) DOES CHILD HAVE "SEX" A[...]