To whom it may concern,                                               6/7/06

I am pleased with Robert Sheelz's performance with a student of mine. Robert has been tutoring a high school SPED student with very high and unstable emotional needs. This student was recommended to receive tutoring rather than return to school for safety reasons.

Although this student has acted inappropriately with Robert, he has still show positive teaching practices while doing this tutoring at a public library.

If there are any future job openings in the DOE, I would recommend Robert Sheelz based on his tutoring skills.

Sincerely,
Shawn Doo

Kailua High School
SPED Department



EXHIBIT 25