

GEORGE R. ARIYOSHI
GOVERNOR

DR. DONNIS H. THOMPSON
SUPERINTENDENT

**STATE OF HAWAII**
DEPARTMENT OF EDUCATION
KAILUA HIGH SCHOOL
TELEPHONE 262-8151
451 ULUMANU DRIVE
KAILUA, HAWAII 96734

May 15, 1988

Mr. Robert Sherez
41-32 Hihimanu Street
Waimanalo, Hawaii
96795

Dear Mr. Sherez:

The 1988 Senior Class of Kailua High School thanks you for your generous donation of Crown Flowers. We had enough flowers to make leis and to decorate the stage for our assembly.

Sincerely,

Amy Pickens
Assembly Chairperson

Ms. Mildred Hanaoka
Court Advisor

Mr. Meredith Maeda
Kailua High Principal

EXHIBIT 26