JOHN WAIHEE
GOVERNOR



CHARLES T. TOGUCHI
SUPERINTENDENT

**STATE OF HAWAII**
DEPARTMENT OF EDUCATION
KAILUA HIGH SCHOOL
TELEPHONE 262-8151
451 ULUMANU DRIVE
KAILUA, HAWAII 96734

May 31, 1988

Mr. Robert Sherez
41-032 Hihimanu St.
Waimanalo, Hawaii  96795

Dear Mr. Sherez,

On behalf of the Class of 1988 and Kailua High School, I would like to express our sincere appreciation for your donation of crown flowers for our Commencement Exercises to be held on June 4th. The flowers will be used as part of the stage decorations and will be draped Saturday morning.

Your support of our school programs and assistance this past year is greatly appreciated. Thank you again.

Sincerely,

Mr. Meredith Maeda
Principal
Kailua High School

EXHIBIT 27

AN AFFIRMATIVE ACTION AND EQUAL OPPORTUNITY EMPLOYER