JOHN WAIHEE
GOVERNOR



CHARLES T. TOGUCHI
SUPERINTENDENT

# STATE OF HAWAII

DEPARTMENT OF EDUCATION
KAILUA HIGH SCHOOL
TELEPHONE 262-8151
451 ULUMANU DRIVE
KAILUA, HAWAII 96734

May 16, 1990

Mr. Robert Sherez
41-032 Hihimanu Street
Waimanalo, HI  96795

Dear Mr. Sherez:

On behalf of Kailua High School and the graduating Class of 1990, we would like to ask for your generous donation of crown flowers. The crown flowers will be used as decoration for this year's commencement exercises.

We will pick up and will call you for the arrangements during the week of May 29, 1990. The flowers will help to create a picturesque setting for this momentous event. Again, thank you for your generous donation.

Sincerely,

Mr. Meredith M. Maeda
Principal

mmm:ash
cc:  file



EXHIBIT 28

AN AFFIRMATIVE ACTION AND EQUAL OPPORTUNITY EMPLOYER