

**LINDA LINGLE**
GOVERNOR



**STATE OF HAWAII**
DEPARTMENT OF EDUCATION
**WINDWARD OAHU DISTRICT**
46-169 KAMEHAMEHA HIGHWAY
KANEOHE, HAWAII 96744

PATRICIA HAMAM(
SUPERINTENDEN

LEA E. ALBERT
COMPLEX AREA SUPERINTEND

LOUISE P. WOLCOTT, Ed.D.
COMPLEX AREA SUPERINTEND

## NOTIFICATION OF EMPLOYMENT STATUS TO EMPLOYEE

To: **ROBERT SHEREZ**     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
    Employee              Soc. Sec. No.

**PTT, Home Hospital Instructor**      **Home Hospital Instruction**
Position                                Program

Employed in similar position/capacity:  From: **1988** to **2007**   or   Number of Years **18**
                                              Year      Year

From: **Beverly Reidy**       **Windward District**    233-5718
      District Educational Specialist   Office          Phone number

This is notification that you have reasonable assurance of continuing employment in the same or similar capacity during the next school term which starts on **August, 2006**

*No enrollment contingency:* In the past 1) There was sufficient enrollment in the program to enable you to be employed and there is indication that the enrollment situation for the program will be similar when school resumes in the fall or 2) Enrollment, even if reduced, is not likely to affect your employment status because services must still be provided for the type of students with whom you work.

*No funding contingency:* Due to the customary legislative and DOE budgeting process and cycle, program funds are not released until after dismissal of school for the summer. However, in prior year(s), there was no cessation of funds that resulted in your non-employment when school resumed in the fall and there is no reason to expect a change in the customary funding process/cycle for the coming year. Therefore, you have reasonable assurance of returning.

_Beverly A. Reidy_                                    Date  **June 1, 2006**
District Educational Specialist Signature

_Robert Sherez_                                       Date  **June 8, 2006**
Employee Signature

This section for School Office Use Only:
    Answer item #1 on DLIR Form UC 213 if contacted
    Attach SU-1 in lieu of all other responses.

Distribution:   Original - WDO Secretary
                Copies to Employee; Personnel Regional Office

**EXHIBIT 29**