| INDIVIDUAL SICK SLIP | DATE |
|---|---|
| ☐ ILLNESS  ☐ INJURY | 11/10/99 |

**LAST NAME - FIRST NAME - MIDDLE INITIAL OF PATIENT:** ~~[redacted]~~, Jeremy (age 13)

**ORGANIZATION AND STATION:** TRIPLER HOSPITAL

**SERVICE NUMBER/SSN:** 

**GRADE/RATE:**

### UNIT COMMANDER'S SECTION
**IN LINE OF DUTY:**

**REMARKS:**

**SIGNATURE OF UNIT COMMANDER:**

### MEDICAL OFFICER'S SECTION
**IN LINE OF DUTY:**

**DISPOSITION OF PATIENT:**
☐ DUTY  ☐ QUARTERS  ☐ SICK BAY  ☐ HOSPITAL  ☐ NOT EXAMINED  ☐ OTHER (Specify):

**REMARKS:** Robert Sheree was at TAMC ER from 1518 to about 2100 to help stabilize violent, psychiatrically ill child. His assistance was essential to keep the patient safe and insure admission. Should escort to Kahi Mohala.

**SIGNATURE OF MEDICAL OFFICER:** [signature] DR. TERRI NEVILLE-433-27.

DD FORM 689 (1 MAR 63)  PREVIOUS EDITIONS ARE OBSOLETE.

EXHIBIT 30