From : Donald Yee

March 22, 2006

To Whom It May Concern,

I, Donald YEE, former counselor at McKinley high School, strongly recommend Robert Sherez to Teach or work with students, parents, service providers in any and all positions in the HDOE or other places. He is a team builder, working, communicating and strengthening a team. He never loses focus on the student, the goal and HDOE methods, strategies and goals. He employs the latest approved techniques and donates his time above and beyond required or even expected.

For an example, He was assigned as autistic student with severe agoraphobia. The student tested as 4th grade Language Arts and Math Skills. After one year with communicating with the psychiatrist, parents and others, Robert was able to "partially break through" and the student was able to visit school, catch up to his grade level, take tests in school, including the College SAT test for college on which he earned in the high 1100's. Parents, the student, psychiatrist and the Principal were delighted

In another example a pregnant addicted truant teen that was refused entrance to Boothe was able to catch up to her McKinley class and graduate on time (and completed Drug therapy). The baby was given a middle name of ROBERT. From that time on, our school requested Mr. Sherez whenever possible for this situation. All parents and all parties were delighted.

In addition he helped the most severe O.D.D. and other severe emotional and motivational problems, as well as acting as a mentor within our Special Education Department.

Mr. Robert Sherez has been engaged in many successful DOE positions and programs resulting from his hard work, dedication, team-building ability, personality, professionalism and knowledge. He is a great teacher that I shall always remember.

Truly Yours

Donald Yee

SAINT LOUIS SCHOOL

Robert —
Good Luck! You deserve to be considered for a position w/ DOE.
aloha
Don Yee

EXHIBIT 31

3142 WAIALAE AVENUE, HONOLULU, HAWAII 96816-1579