## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Foregoing was duly served upon the following on ___January 30, 2007___

by hand delivery to:

Department Of The Attorney General, State Of Hawaii
Mark Bennett, Attorney General
Nelson Nabeta, Esq., Deputy A.G.
235 South Beretania Street, 15th Floor
Honolulu, Hawaii  96813

Attorneys for Defendants.

DATED:   Honolulu, Hawaii   January 30, 2007

_____
ANDRE' S. WOOTEN
Attorney for Plaintiff