IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>    Plaintiff,<br>vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>    Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2007, a copy of the foregoing document was duly served via CM/ECF to the following:

>   ANDRE S. WOOTEN, ESQ.
>   Century Square, Suite 1909
>   1188 Bishop Street
>   Honolulu, Hawai`i  96813
>   Attorney for Plaintiff

222268_1.DOC

Dated: Honolulu, Hawaii, February 1, 2007.

_____
NELSON Y. NABETA
Deputy Attorney General