IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>　　　　　Plaintiff,<br>vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>　　　　　Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2007, a copy of the foregoing document was duly served via CM/ECF to the following:

> ANDRE S. WOOTEN, ESQ.
> Century Square, Suite 1909
> 1188 Bishop Street
> Honolulu, Hawai`i   96813
> Attorney for Plaintiff

Dated:　　Honolulu, Hawaii, February 6, 2007.

　　　　　　　　　　　　　　　　　/s/ NELSON Y. NABETA
　　　　　　　　　　　　　　　　NELSON Y. NABETA
　　　　　　　　　　　　　　　　Deputy Attorney General