# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/12/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL 04-00390JMS-KSC

CASE NAME:       Robert Sherez vs. State of Hawaii Department of Education, et al.,

ATTYS FOR PLA:   Andre Wooten

ATTYS FOR DEFT:  Nelson Nabeta

INTERPRETER:

JUDGE:   J. Michael Seabright          REPORTER:   Steve Platt

DATE:    02/12/2007                    TIME:       10:00 - 10:55

COURT ACTION:  1) Department of Education, State of Hawaii Motion for Summary Judgment (122) 2) Sara Gronna, Meredith Maeda Motion for Summary Judgment (124)

Plaintiff Robert Sherez present.

Arguments made.

Court GRANTED in individual capacity defendants as to Counts 4 & 5.

Court also GRANTED Count 2.

Motions taken under advisement.

Court to prepare Order.

Final Pretrial Conference set for Thursday, March 22, 2007 at 9:00 a.m. before the Honorable J. Michael Seabright.

Submitted by:  Dottie Miwa, Courtroom Manager