ANDRE' S. WOOTEN    3887
Attorney At Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii  96813
Telephone: (808) 545-4165

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SHEREZ, ) | Civil No. 04-00390 HG-KSC |
| ) | |
| Plaintiff, ) | PLAINTIFF'S AMENDED WITNESS |
| ) | LIST; |
| vs. ) | |
| ) | |
| STATE OF HAWAII ) | |
| DEPARTMENT OF EDUCATION; ) | |
| PATRICIA HAMAMOTO, ) | |
| Superintendent of Hawaii ) | |
| Schools; MEREDITH MAEDA, ) | |
| Principal of Castle High School; ) | |
| SARA GRONNER or GRONNA, ) | |
| Vice Principal of Castle High School, ) | |
| ) | |
| Defendants. ) | |
| ) | Trial Date:   March 28, 2007 |
| _____ ) | CERTIFICATE OF SERVICE |

PLAINTIFF'S WITNESS LIST

Plaintiff ROBERT SHEREZ, through his attorney of record, Andre' S. Wooten, submits the following Witness List pursuant to the Federal Rules of Civil Procedure and Local Rule 235-7 of the United States District Court for the District of Hawaii.

1.  Robert Sherez
    c/o André S. Wooten
    1188 Bishop St., Suite 1909
    Honolulu, Hawaii   96813

2.  Ira Ilson
    c/o Castle High School
    45-386 Kaneohe Bay Drive
    Kaneohe, HI 96744
    Ph. 233-5600

    Was a counselor at Castle High School who used to assign Plaintiff students.

3.  Richard Furmark
    c/o Castle High School
    45-386 Kaneohe Bay Drive
    Kaneohe, HI 96744
    Ph. 233-5600

    Was a counselor at Castle High School who used to assign Plaintiff students

4.  Virginia Soares
    c/o Windward District Office
    46-169 Kamehameha Highway
    Kaneohe, HI 96744
    Ph. 233-5700

    Was the assistant to Marty Mattison at the Windward District office.

5.  Marty Mattison
    c/o Windward District Office
    46-169 Kamehameha Highway
    Kaneohe, HI 96744
    Ph. 233-5700

    Deceased was the head of the Home Hospital Tutoring program.

6.  Meredith Maeda
    c/o Castle High School
    45-386 Kaneohe Bay Drive
    Kaneohe, HI 96744
    Ph. 233-5600

    Was principal of Castle High School at this time.

7.  Sarah Gronna
    c/o Department of the Attorney General
    Employment Law Division
    235 South Beretania Street, 15th Floor
    Honolulu, HI 96813
    Ph. 587-2900

    Was a V.P. at Castle High School who prevented Plaintiff

from being assigned work.

8.  Pamela Chan-Gallagher
    1981 Puoloaina Drive
    Honolulu, HI 96813
    Ph. 371-2301/524-6062

    Was a student in Plaintiff's GED class for adults at McKinley school for adults.

9.  Keola Anderson
    526 N. School Street
    Honolulu, HI 96817
    Ph. 534-7029

    Was a student in Plaintiff's GED class for adults at McKinley school for adults.

10. Ralphy Kesol
    Ph. 599-1837

    Was a student in Plaintiff's GED class for adults at McKinley school for adults.

11. ChihCha Yim
    750 Amaha St., #1205
    Honolulu, HI 96814
    Ph. 942-3047

    Was a student in Plaintiff's GED class for adults at McKinley school for adults.

12. Susie H. Kang
    Ph. 282-9997

    Was a student in Plaintiff's GED class for adults at McKinley school for adults.

13. Haruko Okamura

    Ph. 589-2806

    Was a student in Plaintiff's GED class for adults at McKinley school for adults.

14. Jae E. Kang
    Ph. 285-3440/942-8478

    Was a student in Plaintiff's GED class for adults at McKinley school for adults.

15. Ronald Aloliho
    1022 McCandless Ln.
    Honolulu, HI 96817
    Ph. 847-0784

    Was a student in Plaintiff's GED class for adults at McKinley school for adults.

16. Youn-chz Hu
    Ph. 926-3618

    Was a student in Plaintiff's GED class for adults at McKinley school for adults.

17. Dagmar Suzuki
    Ph. 599-5153 / 497-0075 / 949-5827

    Was a student in Plaintiff's GED class for adults at McKinley school for adults.

18. Robert Hart
    Ph. 593-4755

    Was a student in Plaintiff's GED class for adults at McKinley school for adults.

19. Tom Bummel
    Ph. 293-4755

    Was a student in Plaintiff's GED class for adults at McKinley school for adults.

20. Keola Nahalea
    Ph. 293-2033

    Was a student in Plaintiff's GED class for adults at McKinley school for adults.

21.  Registrar Won
     634 Pensacola Street
     Honolulu, HI  96814

     Mr. Won was and is the McKinley Community School for Adults Registrar and will testify about the popularity of Mr. Sherez' classes there over the years and the fact that despite that, his classes were ceased and ended suddenly in Mid-term.

22.  Vice Principal Amine
     C/O Nelson Nabeta
     Attorney General's Office
     235 So. Beretania Street, 15th Floor
     Honolulu, Hawaii,  96813

23.  Principal Helen. Sanpei
     C/O Nelson Nabeta
     Attorney General's Office
     235 So. Beretania Street, 15th Floor
     Honolulu, Hawaii,  96813

24.  Cristina Sayuri Ogawa
     945-0315
     ???   Punahou St.
     Honolulu, Hawaii

     She observed Plaintiff teach GED classes at McKinley school for adults and talked to registrar and students.

25.     Witnesses disclosed through further investigation and discovery and witnesses identified in documents produced or subpoenaed by the parties.

26   Rebuttal Witnesses.

27.     Foundational Witnesses.

28.     Expert Witnesses.

29.     Subsequently identified eyewitnesses.

30.     All witnesses named on all Defendants' witness lists.

          DATED: Honolulu, Hawaii, __February 15, 2007_____.


                              _/S/__Andre' S. Wooten____
                              ANDRE' S. WOOTEN
                              Attorney for Plaintiff