MARK J. BENNETT              2672
Attorney General of Hawaii

JAMES E. HALVORSON           5457
NELSON Y. NABETA             3004
Deputy Attorneys General
Department of the Attorney
  General, State of Hawai`i
235 S. Beretania Street, 15th Floor
Honolulu, Hawai`i 96813
Telephone: (808) 587-2900
Facsimile: (808) 587-2965
E-Mail: Mark.J.Bennett@hawaii.gov
        James.E.Halvorson@hawaii.gov
        Nelson.Y.Nabeta@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>DEFENDANTS' SECOND AMENDED PRETRIAL STATEMENT; CERTIFICATE OF SERVICE |

225169_1.DOC

## DEFENDANTS' SECOND AMENDED PRETRIAL STATEMENT

Pursuant to Local Rule 16.6, Defendants, by and through their attorneys, James E. Halvorson and Nelson Y. Nabeta, Deputy Attorneys General, hereby submit this Second Amended Pretrial Statement.

### A.   PARTIES

This Second Amended Pretrial Statement is filed on behalf of Defendants State of Hawaii, Department of Education, Sarah Gronna and Meredith Maeda.

### B.   STATEMENT OF JURISDICTION AND VENUE

The Plaintiff brings both federal and state law claims against Defendants. On August 15, 2005, the Court allowed the Plaintiff to amend his First Amended Complaint. The Court had made this allowance because it had found serious deficiencies in the substantive claims asserted in the First Amended Complaint. On December 21, 2005, Plaintiff filed Second Amended Complaint (hereinafter "Complaint") Based on the Complaint, the Court appears to have jurisdiction over the Defendant State of Hawaii, Department of Education, solely on the causes of action arising out of Title IX and Title VII. However, the Court does not have jurisdiction over Defendants Gronna and Maeda, in their individual capacities.

### C.   SUBSTANCE OF THE ACTION

The Complaint against the Defendants State of Hawaii, Department of Education, Gronna and Maeda alleges that the Plaintiff was employed as a part

time home and hospital tutor in the Windward District of the Department of Education. The Complaint alleges Defendant Maeda was the principal of Castle High School and was the supervisor of Defendant Sarah Gronna, the school's vice principal who in turn was responsible for the "selection of home and hospital tutors." The Complaint further alleges that Defendant Gronna enforced an existing departmental policy that prevented the Plaintiff from tutoring female students. The Complaint alleges that the policy that prevented the Plaintiff from tutoring female students was purportedly adopted by the department, through the tutoring program because of recent litigation. The Complaint asserts that the alleged policy of the Department of Education discriminated against him because of his gender.

The Complaint also claims that after he complained about this alleged discriminatory policy, he was terminated from his part time employment as an adult education teacher.

D.   UNDISPUTED FACTS

1.   Defendant Department of Education is an executive department of the State of Hawaii.

2.   During a portion of the relevant time described in the Complaint, Sarah Gronna served as a vice principal at Castle High School.

3.   During the relevant time described in the Complaint, Defendant Meredith Maeda served as the principal of Castle High School.

4. During the relevant time described in the Complaint, the Plaintiff served as a part-time tutor in the Home Hospital Instructional program.

E. <u>DISPUTED FACTUAL ISSUES</u>

The Defendants dispute the existence of a discriminatory policy as described in the Complaint. The Defendants dispute that the Plaintiff was subjected to discrimination because of his gender. The Defendants dispute that the Plaintiff was terminated from his employment as an adult education teacher in retaliation for his complaints concerning his assignments as a tutor in the Home Hospital Instructional Program.

F. <u>RELIEF PRAYED</u>

Plaintiffs seek compensatory damages.

G. <u>PREVIOUS MOTIONS</u>

Defendants have filed both motions for judgment on the pleadings and for summary judgment requesting dismissal of all claims. The motion was granted in part and denied in part.

H. <u>WITNESSES</u>

Ryan Abe
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawai'i 96816
Phone: 733-4977

Kazuo Agena
McKinley Community School for Adults
634 Pensacola Street, Room 216
Honolulu, Hawai'i   96814
Phone:  594-0540

Brenden Ahern
Department of Education
Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i   96744
Phone: 233-5700

Lea Albert
Department of Education
Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i   96744
Phone:  233-5700

Michael Burke
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawai'i   96816
Phone:  733-4977

Brian Byrne
c/o Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i   96744
Phone:  233-5711

Shaun Ching
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawai'i   96816
Phone:  733-4977

Ernest Chun
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawaii   96816
Phone:  733-4977

Joseph Cicak
c/o Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i   96744
Phone:  233-5711

Cherie Dang
Windward Oahu Family Guidance Center
Department of Health
45-691 Keaahala Road
Kaneohe, Hawai'i   96744
Phone:  233-3773

Cliff DeVries
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawaii   96816
Phone:  733-4977

Eric Dumaran
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawai'i   96816
Phone:  733-4977

John Feurer
c/o Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i   96744
Phone:  233-5700

Dr. Roderick A. Gammon
McKinley Community School for Adults
634 Pensacola Street, Room 216
Honolulu, Hawaii, 96814
Phone: 594-0540

Keala Gregson
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawai'i 96816
Phone: 733-4977

Sarah Gronna
c/o Nelson Y. Nabeta
Department of the Attorney General
235 S. Beretania, 15th Floor
Honolulu, Hawai'i 96813
Phone: 587-2900

James Hardway
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawai'i 96816
Phone: 733-4977

Caroline Hasegawa
Office of Human Resources
Department of Education
Queen Liliuokalani Building
1390 Miller Street, Room 300
Honolulu, HI 96813
Phone: 586-3414

Odin Hill
c/o Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i 96744
Phone: 233-5711

Cynthia Ho
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawaii  96816
Phone:  733-4977

Diane Hun
Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawaii  96744
Phone:  233-5711

James Hutcherson
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawaii  96816
Phone:  733-4977

Michelle Ibara
Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i  96744
Phone:  233-5711

Faye Ikei
Personnel Director
Recruitment & Retention Support Center
Department of Education
1390 Miller Street
Honolulu, Hawai'i  96813

Robert Ikuwa
c/o Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i  96744
Phone:  233-5700

Ira Ilson
Castle High School
45-386 Kaneohe Bay Drive
Kaneohe, Hawai'i  96744
Phone:  233-5600

Tammie S. Jones
c/o Department of Education
Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i  96744
Phone:  233-5700

Dr. Stephen Karel
McKinley Community School for Adults
634 Pensacola Street, Room 216
Honolulu, Hawai'i  96814
Phone:  594-0540

Lea Kashiwa
c/o King Intermediate School
46-155 Kamehameha Highway
Kaneohe, Hawai'i  96744
Phone:  233-5723

Samuel Kekauoha
c/o Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i  96744
Phone:  233-5711

Lee Kishinami
Probation Officer
Ka`ahumanu Hale
777 Punchbowl Street
Honolulu, Hawai'i  96813–5093

Susan Kitsu
Department of Education
Civil Rights Compliance Office
Queen Liliuokalani Building
1390 Miller Street
Honolulu, Hawai'i 96813
Phone: 586-3322

Pauline Kokubun
Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawai'i 96816
Phone: 733-4977

Lenny Kudaishi
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawaii 96816
Phone: 733-4977

Ken Kuraya
Department of Education
Queen Liliuokalani Building
1390 Miller Street, Room 407
Honolulu, Hawai'i 96813
Phone: 586-3353

Aileen Chong LeBlanc
Child and Adolescent Mental Health Division
Windward Oahu Family Guidance Center
Department of Health
45-691 Keaahala Road
Kaneohe, Hawai'i 96744
Phone: 233-3773

Paul Lehrman
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawai'i 96816
Phone: 733-4977

Lynette Lukela
Department of Education
Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i  96744
Phone:  233-5700

Meredith Maeda
c/o Nelson Y. Nabeta
Department of the Attorney General
235 S. Beretania Street, 15th Floor
Honolulu, Hawai`I  96813
Phone:  587-2900

Gracie Matsuo
Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawai'i  96816
Phone:  733-4955

Naomi Matsuzaki
Department of Education
Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i  96744
Phone:  233-5700

Sean Moroney
c/o Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i  96744
Phone:  233-5711

Suzanne Mulcahy
c/o Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i  96744
Phone:  233-5711

Alverna Nako
c/o Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i   96744
Phone:  233-5711

Kevin Ninomiya
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawaii   96816
Phone:  733-4977

Mathew Okada
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawaii   96816
Phone:  733-4977

Leslie Okoji
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawaii   96816
Phone:  733-4977

Solette Perry
Office of Human Resources
Department of Education
Queen Liliuokalani Building
1390 Miller Street, Room 300
Honolulu, Hawai'i   96813
Phone:  586-3414

Beverly Reidy
c/o Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i   96744
Phone:  233-5711

Helen Sanpei
McKinley Community School for Adults
634 Pensacola Street, Room 216
Honolulu, Hawai'i   96814
Phone:  594-0540

Beth Schimmelfennig
Department of Education
Civil Rights Compliance Office
Queen Liliuokalani Building
1390 Miller Street
Honolulu, Hawai'i   96813
Phone:  586-3230

James Schlosser
c/o Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i   96744
Phone:  233-5711

Clinton Schultz
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawaii   96816
Phone:  733-4977

Dean Shimada
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawaii   96816
Phone:  733-4977

Bruce Shimamoto
Recruitment & Retention Support Center
Department of Education
1390 Miller Street
Honolulu, Hawai'i   96813.

Alan Shimono
Office of Business Services
Queen Liliuokalani Building
1390 Miller Street Room 2 - Basement
Honolulu, Hawai`i   96813

Virginia Soares
c/o Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i   96744
Phone:  233-5711

Ahn Starr
McKinley Community School for Adults
634 Pensacola Street, Room 216
Honolulu, Hawaii,   96814
Phone:  594-0540

Lynn Tagawa
McKinley Community School for Adults
634 Pensacola Street,
Room 216
Honolulu, Hawai'i   96814
Phone:  594-0540

Alan Takeshita
c/o Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i   96744
Phone:  233-5711

Louis Tomsic
McKinley Community School for Adults
634 Pensacola Street, Room 216
Honolulu, Hawai'i   96814
Phone:  594-0540

Stacey Watson
Department of Education
Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i   96744
Phone:  233-5711

Karl Wilson
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawaii   96816
Phone:  733-4977

Yoon Ok Won
Registrar
McKinley Community School for Adults
634 Pensacola Street, Room 216
Honolulu, Hawai'i   96814
Phone:  594-0540

Estelle Wong
Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawai'i   96816
Phone:  733-4955

Debbie Yamada
Windward Oahu District Office
46-169 Kamehameha Hwy.
Kaneohe, Hawai'i   96744
Phone:  233-5711

Amy Yamashita
Department of Education
Windward Oahu District Office
46-169 Kamehameha Highway
Kaneohe, Hawai'i   96744
Phone:  233-5700

Larry Younger
c/o Honolulu District Office
4967 Kilauea Avenue
Honolulu, Hawaii 96816
Phone: 733-4977

Witnesses identified by Plaintiff in this litigation.

I. <u>EXHIBITS</u>

1. Employment records of the Plaintiff

2. Home Hospital Instruction Records

3. Tutoring records of the Plaintiff

4. Time sheets and payment records pertaining to the Plaintiff

5. Unemployment compensation records pertaining to the Plaintiff

6. Home Hospital Instructional administrative records pertaining to the Plaintiff.

7. Administrative Records concerning the Plaintiff

8. Windward Oahu District administrative records

9. Home-Hospital Instruction Services Guidelines

10. Honolulu District administrative records

11. McKinley Community School for Adults administrative records

12. Correspondence to and from Robert Sherez

13. Documents filed in the Equal Employment Opportunity Commission and the Hawaii Civil Rights Commission.

14. Exhibits Identified by Plaintiff

J.   FURTHER DISCOVERY OR MOTIONS

Discovery is closed.

K.   STIPULATIONS

No stipulations have been requested or proposed for pretrial or trial purposes.

M.   AMENDMENTS, DISMISSALS

When the Court allowed the Plaintiff to amend his First Amended Complaint, the Court also gave leave to the Defendants to file further dispositive motions.

N.   SETTLEMENT DISCUSSION

Settlement discussions are not currently in progress. Defendants have made a settlement offer that was rejected.

O.   AGREED STATEMENT

Defendants do not agree to have any portion of their presentation based upon agreed facts.

P.   REFERENCE TO MASTER OR MAGISTRATE JUDGE

Defendants do not believe it would be appropriate to refer all or any of this action to a master or magistrate.

Q.  **APPOINTMENT AND LIMITATION OF EXPERTS**

Defendants do not believe that the appointment of an impartial expert by the Court is necessary.

R.  **TRIAL**

A jury trial is scheduled for March 28, 2007.

S.  **ESTIMATE OF TRIAL TIME**

Defendants estimates that the presentation of their case-in-chief will take three court days.

DATED:   Honolulu, Hawaii, February 16, 2007.

/s/ NELSON Y. NABETA
NELSON Y. NABETA
Deputy Attorney General

Attorney for Defendants