IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was duly served via CM/ECF as follows:

Email: Andre@AttyAndreWooten.com

DATED:   Honolulu, Hawai'i, February 16, 2007

/s/ NELSON Y. NABETA
NELSON Y. NABETA
Deputy Attorney General

225169_1.DOC