# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/21/2007 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00390JMS-KSC |
| CASE NAME: | Robert Sherez vs. State of Hawaii Department of Education, et al. |
| ATTYS FOR PLA: | Andre S. Wooten |
| ATTYS FOR DEFT: | Nelson Y. Nabeta |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | Courtroom 5-No Record; In Chambers-No Record |
| DATE: | 02/21/2007 | TIME: | 10:41-11:10 |

COURT ACTION:  EP: Further settlement conference held.  No settlement reached.  Case returned for trial.

Submitted by: Warren N. Nakamura, Courtroom Manager