# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/21/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00390JMS-KSC |
| CASE NAME: | Robert Sherez vs. State of Hawaii Department of Education, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | |
| DATE: | 02/21/2007 | TIME: | |

COURT ACTION: EO: Near trial deadlines for the above entitled action are hereby clarified. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on **Wednesday,** March **28**, 2007 at 9:00 a.m. before JMS
2. Final Pretrial Conference before KSC **(already completed)**
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by **N/A**
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by **N/A**
7. File Dispositive Motions by **N/A**
8a. File Motions in Limine by March 6, 2007
8b. File opposition memo to a Motion in Limine by March 13, 2007
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline **N/A**
13. Settlement Conference **(already completed)**
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by March 13, 2007
21. File Final witness list by March 6, 2007
24. Exchange Exhibit and Demonstrative aids by February 27, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by March 6, 2007
26. File objections to the Exhibits by March 13, 2007

28a. File Deposition Excerpt Designations by March 6, 2007
28b. File Deposition Counter Designations and Objections by March 13, 2007
29. File Trial Brief by March 13, 2007
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 04-00390JMS-KSC;
Robert Sherez vs. State of Hawaii Department of Education, et al.;
Rule 16 Scheduling Conference Minutes
02/21/2007