MARK J. BENNETT               2672
Attorney General of Hawai`i

JAMES E. HALVORSON       5457
NELSON Y. NABETA           3004
Deputy Attorneys General
Department of the Attorney
  General,   State of Hawai`i
235 South Beretania Street, 15th Floor
Honolulu, Hawai`i  96813
Telephone: (808) 587-2900
Facsimile:  (808) 587-2965
E-Mail:  Mark.J.Bennett@Hawai`i.gov
         James.E.Halvorson@Hawai`i.gov
         Nelson.Y.Nabeta@Hawai`i.gov
Attorneys for Defendant
MEREDITH MAEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>　　　　　Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>CERTIFICATE OF SERVICE REGARDING DEFENDANT MEREDITH MAEDA'S RULE 68 OFFER OF SETTLEMENT |

225590_1.DOC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Defendant MEREDITH MAEDA's Rule 68 Offer of Settlement was duly served via U.S. mail, postage prepaid as follows:

ANDRE S. WOOTEN, ESQ.
1909 Century Square
1188 Bishop Street
Honolulu, Hawai`i  96813

DATED:   Honolulu, Hawai`i, February 22, 2007.

/s/ NELSON Y. NABETA
NELSON Y. NABETA
Deputy Attorney General

Attorney for Defendant
MEREDITH MAEDA