MARK J. BENNETT             2672
Attorney General of Hawaii

JAMES E. HALVORSON          5457
NELSON Y. NABETA            3004
Deputy Attorneys General
Department of the Attorney
  General, State of Hawai`i
235 S. Beretania Street, 15th Floor
Honolulu, Hawai`i   96813
Telephone: (808) 587-2900
Facsimile:  (808) 587-2965
E-Mail:  Mark.J.Bennett@hawaii.gov
         James.E.Halvorson@hawaii.gov
         Nelson.Y.Nabeta@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>        Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>DEFENDANTS' FINAL WITNESS LIST; CERTIFICATE OF SERVICE |

158038_1.DOC

<u>DEFENDANTS' FINAL WITNESS LIST</u>

Defendant STATE OF HAWAI'I ("Defendant"), by and through its attorneys, MARK J. BENNETT, Attorney General of Hawai'i, and JAMES E. HALVORSON and NELSON Y. NABETA, Deputy Attorneys General, hereby submits its final witness list.

<u>WITNESSES TO BE CALLED</u>

1. Ms. LEA ALBERT
   Department of Education
   Windward Oahu District Office
   46-169 Kamehameha Highway
   Kaneohe, Hawaii  96744

2. Ms. SARAH GRONNA
   c/o Nelson Y. Nabeta
   Department of the Attorney General
   235 S. Beretania Street, 15th Floor
   Honolulu, Hawai'i  96813

3. Ms. CYNTHIA HO
   Department of Education
   Queen Liliuokalani Building
   1390 Miller Street, Room 407
   Honolulu, Hawai'i  96813

4. Dr. STEPHEN KAREL
   McKinley Community School for Adults
   634 Pensacola Street, Room 216
   Honolulu, Hawaii  96814

5. Ms. PAULINE KOKUBUN
   District Educational Specialist
   Department of Education
   Queen Liliuokalani Building

        1390 Miller Street, Room 407
        Honolulu, Hawaii 96813

6.   Ms. BEVERLY REIDY
     Department of Education
     Windward Oahu District Office
     46-169 Kamehameha Highway
     Kaneohe, Hawaii 96744

7.   Ms. HELEN SANPEI
     McKinley Community School for Adults
     634 Pensacola Street, Room 216
     Honolulu, Hawaii 96814

8.   Ms. VIRGINIA SOARES
     Department of Education
     Windward Oahu District Office
     46-169 Kamehameha Highway
     Kaneohe, Hawaii 96744

9.   Mr. YOON OK WON
     Registrar
     McKinley Community School for Adults
     634 Pensacola Street, Room 216
     Honolulu, Hawaii 96814

10.   Custodian of records may be called to verify the authenticity of records.

Defendant STATE OF HAWAI'I reserved the right to call any witness previously identified by either party and rebuttal witnesses as needed.

    DATED:   Honolulu, Hawai`i, March 7, 2007.

                                    /s/ NELSON Y. NABETA
                                    NELSON Y. NABETA
                                    Deputy Attorney General
                                    Attorneys for Defendant
                                    STATE OF HAWAI`I