IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>      Plaintiff,<br>vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>      Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served via CM/ECF as follows:

ANDRE S. WOOTEN, ESQ.
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawai`i 96813

DATED:   Honolulu, Hawai`i, March 7, 2007.

                                        /s/ NELSON Y. NABETA
                                        NELSON Y. NABETA
                                        Deputy Attorney General
                                        Attorneys for Defendant
                                        STATE OF HAWAI`I