IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI'I, DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai'i Schools; MEREDITH MAEDA, Principal, Castle High School; SARA GRONNER or GRONNA, Vice Principal of Castle High School,<br><br>Defendants. | Civil No. 04-00390 JMS/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2007, a copy of the foregoing document was duly served via CM/ECF as follows:

ANDRE S. WOOTEN, ESQ.
Century Square
1188 Bishop Street, Suite 1909
Honolulu, Hawai'i  96819

Attorney for Plaintiff
ROBERT SHEREZ

226990_1.DOC

DATED: Honolulu, Hawai`i, March 7, 2007.

/s/ NELSON Y. NABETA
NELSON Y. NABETA
Deputy Attorney General