MARK J. BENNETT                2672
Attorney General of Hawai`i

JAMES E. HALVORSON      5457
NELSON Y. NABETA            3004
Deputy Attorneys General
Department of the Attorney
  General, State of Hawai`i
235 S. Beretania Street, 15th Floor
Honolulu, Hawai`i  96813
Telephone: (808) 587-2900
Facsimile: (808) 587-2965

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| ROBERT SHEREZ, | Civil No. 04-00390 JMS/KSC |
|---|---|
| Plaintiff, | DEFENDANTS MEREDITH MAEDA AND SARAH GRONNA'S MOTION IN LIMINE TO PRECLUDE THE INTRODUCTION OF EVIDENCE REGARDING MATTERS NOT PLED IN THE CHARGE OF DISCRIMINATION BEFORE THE HAWAII CIVIL RIGHTS COMMISSION; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF NELSON Y. NABETA; EXHIBIT "A"; CERTIFICATE OF SERVICE |
| vs. | |
| STATE OF HAWAI`I, DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools; MEREDITH MAEDA, Principal, Castle High School; SARA GRONNER or GRONNA, Vice Principal of Castle High School, | |
| Defendants. | Trial: March 28, 2007<br>Judge: The Honorable<br>    J. MICHAEL SEABRIGHT |

226991_1.DOC

DEFENDANTS MEREDITH MAEDA AND SARAH GRONNA'S MOTION IN LIMINE TO PRECLUDE THE INTRODUCTION OF EVIDENCE REGARDING MATTERS NOT PLED IN THE CHARGE OF DISCRIMINATION BEFORE THE HAWAII CIVIL RIGHTS COMMISSION

COMES NOW, Defendants MEREDITH MAEDA and SARAH GRONNA, in their individual capacities (hereinafter referred to collectively as Defendants), by and through their attorneys, Mark J. Bennett, Attorney General, and James E. Halvorson and Nelson Y. Nabeta, Deputy Attorneys General, hereby moves this Court for an order prohibiting Plaintiff from introducing evidence as to matters not pled before the Plaintiff's charge of discrimination and retaliation.

This motion is made pursuant to the Court's Second Amended Rule 16 Scheduling Order filed on February 22, 2007, Rule 7 of the Federal Rules of Civil Procedure, and Rules 7.1 and 16.9 of the Local Rules of Practice for the United States District Court for the District of Hawai`i, and is based upon the accompanying supportive memorandum and the records and files herein.

DATED:   Honolulu, Hawai`i, March 7, 2007.

/s/ NELSON Y. NABETA
NELSON Y. NABETA
Deputy Attorney General

Attorney for Defendants