IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SHEREZ, <br><br> Plaintiff, <br> vs. <br><br> STATE OF HAWAI'I, DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai'i Schools; MEREDITH MAEDA, Principal, Castle High School; SARA GRONNER or GRONNA, Vice Principal of Castle High School, <br><br> Defendants. | Civil No. 04-00390 JMS/KSC <br><br> DECLARATION OF NELSON Y. NABETA |

## DECLARATION OF NELSON Y. NABETA

I, Nelson Y. Nabeta, declare as follows:

1.  I am a Deputy Attorney General with the State of Hawai'i, licensed to practice law before all courts within the State of Hawai'i.

2.  I am one of the attorneys representing the State of Hawai'i, Department of Education, named as Defendant in the above captioned matter.

3.  I make this Declaration based upon my personal knowledge gained in my capacity as a Deputy Attorney General representing the Defendant in this case and am competent to testify concerning the matters set forth below.

226991_1.DOC

4. A true and correct copy of the discrimination charge filed by the Plaintiff, in the Hawaii Civil Rights Commission, is attached as Exhibit "A".

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawai`i, March 7, 2007

/s/ NELSON Y. NABETA
NELSON Y. NABETA