MARK J. BENNETT          2672
Attorney General of Hawai`i

JAMES E. HALVORSON       5457
NELSON Y. NABETA         3004
Deputy Attorneys General
Department of the Attorney
  General, State of Hawai`i
235 S. Beretania Street, 15th Floor
Honolulu, Hawai`i  96813
Telephone:  (808) 587-2900
Facsimile:  (808) 587-2965
E-Mail: Nelson.Y.Nabeta@hawaii.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>   Plaintiff,<br> vs.<br><br>STATE OF HAWAI`I, DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools; MEREDITH MAEDA, Principal, Castle High School; SARA GRONNER or GRONNA, Vice Principal of Castle High School,<br><br>   Defendants. | Civil No. 04-00390 JMS/KSC<br><br>DEFENDANT STATE OF HAWAI`I, DEPARTMENT OF EDUCATION'S MOTION IN LIMINE TO EXCLUDE CUMULATIVE EVIDENCE; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br><br>Trial: March 28, 2007<br>Judge: The Honorable<br>   J. MICHAEL SEABRIGHT |

226844_1.DOC

DEFENDANT STATE OF HAWAI`I, DEPARTMENT OF EDUCATION'S
<u>MOTION IN LIMINE TO EXCLUDE CUMULATIVE EVIDENCE</u>

COMES NOW, Defendant STATE OF HAWAI`I, DEPARTMENT OF

EDUCATION, and in her official capacity only, PATRICIA HAMAMOTO

(hereinafter referred to collectively as "Defendant DEPARTMENT OF

EDUCATION" unless specifically referred to as "Defendant STATE OF

HAWAI`I, DEPARTMENT OF EDUCATION" or "Defendant HAMAMOTO"),

by and through their undersigned attorneys, and hereby moves this Court for an

order excluding any and all evidence relating to testimony from individuals who

were students in Plaintiff's GED class taught at the McKinley Community School

for Adults during the 2003 Spring semester.

This motion is made pursuant to the Court's Second Amended Rule 16

Scheduling Order filed on February 22, 2007, Rule 7 of the Federal Rules of Civil

Procedure, and Rules 7.1 and 16.9 of the Local Rules of Practice for the United

States District Court for the District of Hawai`i, and is based upon the

accompanying supportive memorandum and the records and files herein.

DATED:    Honolulu, Hawai`i, March 7, 2007.

/s/ NELSON Y. NABETA
NELSON Y. NABETA
Deputy Attorney General

Attorney for Defendants