MARK J. BENNETT          2672
Attorney General of Hawai`i

JAMES E. HALVORSON       5457
NELSON Y. NABETA         3004
Deputy Attorneys General
Department of the Attorney
  General, State of Hawai`i
235 S. Beretania Street, 15th Floor
Honolulu, Hawai`i  96813
Telephone:  (808) 587-2900
Facsimile:  (808) 587-2965
E-Mail: Nelson.Y.Nabeta@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>STATE OF HAWAI`I, DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools; MEREDITH MAEDA, Principal, Castle High School; SARA GRONNER or GRONNA, Vice Principal of Castle High School,<br><br>　　　　　Defendants. | Civil No. 04-00390 JMS/KSC<br><br>DEFENDANTS' MOTION IN LIMINE TO PRECLUDE THE INTRODUCTION OF EVIDENCE REGARDING OTHER LAWSUITS OR CHARGES OF DISCRIMINATION INVOLVING DEFENDANTS; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Trial:　March 28, 2007<br>Judge:　The Honorable<br>　　　　J. MICHAEL SEABRIGHT |

226989_1.DOC

DEFENDANTS' MOTION IN LIMINE TO PRECLUDE THE
INTRODUCTION OF EVIDENCE REGARDING OTHER LAWSUITS
OR CHARGES OF DISCRIMINATION INVOLVING THE DEFENDANTS

COMES NOW, Defendants STATE OF HAWAI`I, DEPARTMENT OF EDUCATION, and in their official capacities, PATRICIA HAMAMOTO, MEREDITH MAEDA AND SARAH GRONNA, and in their individual capacities, MEREDITH MAEDA AND SARAH GRONNA (referred to collectively as "Defendants"), by and through their attorneys, Mark J. Bennett, Attorney General, and James E. Halvorson and Nelson Y. Nabeta, Deputy Attorneys General, hereby moves this Court for an order prohibiting Plaintiff from introducing evidence of other lawsuits or charges of discrimination involving Defendants.

This motion is made pursuant to the Court's Second Amended Rule 16 Scheduling Order filed on February 22, 2007, Rule 7 of the Federal Rules of Civil Procedure, and Rules 7.1 and 16.9 of the Local Rules of Practice for the United States District Court for the District of Hawai`i, and is based upon the accompanying supportive memorandum and the records and files herein.

DATED:   Honolulu, Hawaii, March 7, 2007.

/s/ NELSON Y. NABETA
NELSON Y. NABETA
Deputy Attorney General

Attorney for Defendants