MARK J. BENNETT          2672
Attorney General of Hawai`i

JAMES E. HALVORSON    5457
NELSON Y. NABETA       3004
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, 15th Floor
Honolulu, Hawai`i  96813
Telephone: (808) 587-2900
Facsimile: (808) 587-2965

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>          Plaintiff,<br>vs.<br><br>STATE OF HAWAI`I, DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools; MEREDITH MAEDA, Principal, Castle High School; SARA GRONNER or GRONNA, Vice Principal of Castle High School,<br><br>          Defendants. | Civil No. 04-00390 JMS/KSC<br><br>DEFENDANT STATE OF HAWAI`I, DEPARTMENT OF EDUCATION'S MOTION IN LIMINE TO PRECLUDE THE INTRODUCTION OF EVIDENCE REGARDING MATTERS NOT PLED IN THE CHARGE OF DISCRIMINATION BEFORE THE HAWAII CIVIL RIGHTS COMMISSION; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF NELSON Y. NABETA; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>Trial:  March 28, 2007<br>Judge: The Honorable<br>          J. MICHAEL SEABRIGHT |

226990_1.DOC

DEFENDANT STATE OF HAWAI`I, DEPARTMENT OF EDUCATION'S MOTION IN LIMINE TO PRECLUDE THE INTRODUCTION OF EVIDENCE REGARDING MATTERS NOT PLED IN THE CHARGE OF DISCRIMINATION BEFORE THE HAWAII CIVIL RIGHTS COMMISSION

COMES NOW, Defendant STATE OF HAWAI`I, DEPARTMENT OF EDUCATION, and in their official capacities, PATRICIA HAMAMOTO, MEREDITH MAEDA AND SARAH GRONNA (hereinafter referred to collectively as "Defendant DEPARTMENT OF EDUCATION" unless specifically referred to as "Defendant STATE OF HAWAI`I, DEPARTMENT OF EDUCATION" or "Defendant HAMAMOTO" or "Defendant MAEDA" or "Defendant GRONNA"), by and through their attorneys, Mark J. Bennett, Attorney General, and James E. Halvorson and Nelson Y. Nabeta, Deputy Attorneys General, hereby moves this Court for an order prohibiting Plaintiff from introducing evidence as to matters not pled before the Plaintiff's charge of discrimination and retaliation.

This motion is made pursuant to the Court's Second Amended Rule 16 Scheduling Order filed on February 22, 2007, Rule 7 of the Federal Rules of Civil Procedure, and Rules 7.1 and 16.9 of the Local Rules of Practice for the United States District Court for the District of Hawai`i, and is based upon the accompanying supportive memorandum and the records and files herein.

DATED:   Honolulu, Hawaii, March 7, 2007.

/s/ NELSON Y. NABETA
NELSON Y. NABETA
Deputy Attorney General

Attorney for Defendants
