IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>Plaintiff,<br>vs.<br><br>STATE OF HAWAI'I, DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai'i Schools; MEREDITH MAEDA, Principal, Castle High School; SARA GRONNER or GRONNA, Vice Principal of Castle High School,<br><br>Defendants. | Civil No. 04-00390 JMS/KSC<br><br>DECLARATION OF NELSON Y. NABETA |

## DECLARATION OF NELSON Y. NABETA

I, Nelson Y. Nabeta, declare as follows:

1. I am a Deputy Attorney General with the State of Hawai'i, licensed to practice law before all courts within the State of Hawai'i.

2. I am one of the attorneys representing the State of Hawai'i, Department of Education, named as Defendant in the above captioned matter.

3. I make this Declaration based upon my personal knowledge gained in my capacity as a Deputy Attorney General representing the Defendant in this case and am competent to testify concerning the matters set forth below.

4.  A true and correct copy of the discrimination charge filed by the Plaintiff, in the Hawaii Civil Rights Commission, is attached as Exhibit "A".

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:  Honolulu, Hawai`i, March 7, 2007.

/s/ NELSON Y. NABETA
NELSON Y. NABETA