IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI'I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai'i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I CERTIFY that on March 13, 2007, a copy of the foregoing was duly served via CM/ECF as follows:

>ANDRE WOOTEN, ESQ.
>1188 Bishop Street, Suite 1909
>Honolulu, Hawaii 96813

DATED:   Honolulu, Hawai'i, March 13, 2007.

>/s/ NELSON Y. NABETA
>NELSON Y. NABETA
>Deputy Attorney General

227868_1.DOC