MARK J. BENNETT          2672
Attorney General of Hawai`i

JAMES E. HALVORSON       5457
NELSON Y. NABETA         3004
Deputy Attorneys General
Department of the Attorney
   General,   State of Hawai`i
235 South Beretania Street, 15th Floor
Honolulu, Hawai`i  96813
Telephone: (808) 587-2900
Facsimile:  (808) 587-2965
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDITH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>DEFENDANTS' OBJECTIONS TO ADMISSIBILITY OF PLAINTIFF'S EXHIBITS; CERTIFICATE OF SERVICE |

# DEFENDANTS' OBJECTIONS TO
# ADMISSIBILITY OF PLAINTIFF'S EXHIBITS

Defendants, by and through his undersigned attorneys, pursuant to this Court's Amended Rule 16 Scheduling Order, hereby submit their objections to the admissibility of Plaintiff's exhibits and request that they be excluded at trial.

| Plaintiff's Exhibit No. | Description of Document | Objection |
|---|---|---|
| 1 | Letter from Richard Furmark dated March 14, 2003 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion and improper disclosure of student information. |
| 2 | Letter from Ira Ilson May 24, 2002 | Lack of authentication, hearsay, relevancy, improper character evidence cumulative and improper opinion. |
| 3 | Letter from Candace Sullivan dated November 3, 2004 | Lack of authentication, cumulative and hearsay. |
| 4. | Letter to Donald Yee form Dr. Walter Sand dated August 8, 1989 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion cumulative and improper disclosure of student information. |
| 5 | Letter from Jean Peters dated November 10, 1999 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, cumulative and improper disclosure of student information. |

| 6 | Letter Claire Vericker dated January 26, 1991 | Lack of authentication and hearsay. |
| 7 | Letter from Patrick Clemente dated May 26, 2001 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, cumulative and improper disclosure of student information. |
| 8 | Letter from Andre Penon dated April 8, 1999 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion and improper disclosure of student information. |
| 9. | Letter from Tom Tasato dated March 4, 1991 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, cumulative and improper disclosure of student information. |
| 10 | Letter from Scott Kaneko dated February 21, 1991 | Lack of authentication and hearsay. |
| 11 | Letter from William Murphy | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, cumulative and improper disclosure of student information. |
| 12 | Letter from David Wilson | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |

| | | |
|---|---|---|
| 13 | Letter from Ann Kawaguchi dated June 8, 1989; Letter from Sakae Loo dated June 26, 1989. | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 14 | Letter from Fran Jorgensen dated September 10, 1993 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 15 | Letter from Kirk Kama dated November 11, 1999 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 16 | Letter from Stanley Seki dated March 2, 1991 | Lack of authentication and hearsay. |
| 17 | Letter from John Linskey dated February 26, 1991 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 18 | Certificate of Requirements | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 19 | Employment Security Appeals: Notice of Hearing date October 12, 2004 | Lack of authentication, hearsay, relevancy. |
| 20 | Letter from Plaintiff to Home Hospital Tutoring dated February 25, 2005 | Lack of authentication, hearsay, relevancy. |
| 21 | Letter from DOE to Unemployment Office appealing decision dated July 22, 2004 | Lack of authentication, hearsay, relevancy. |

| | | |
|---|---|---|
| 22 | Plaintiff's work resume | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 23 | ETS Recognition Certificate | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 24 | DOE Record of Conference | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 25 | Hawaii Civil Rights Commission letter dated February 9, 2004 | Lack of authentication and hearsay. |
| 26 | Hawaii Civil Rights Commission letter dated March 25, 2004 | Lack of authentication and hearsay. |
| 27 | Unemployment Office Eligibility Review dated September 8, 2004 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 28 | Hawaii Civil Rights Commission Pre-Complaint Questionaire dated June 10, 2003 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 29 | Hawaii Civil Rights Commission Charge of Discrimination dated August 5, 2003 | Lack of authentication and hearsay. |
| 30 | EEOC Right to Sue dated May 3, 2004 | Lack of authentication and hearsay. |

| 31 | Letter from Mr. Won dated February 18, 2005 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| --- | --- | --- |
| 32 | Statement by Dagmar Suzuki dated December 4, 2004 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 33 | Letter from Marty Mattison dated February 8, 2006 | Lack of authentication and hearsay. |
| 34 | Statement from Ira Ilson dated May 24, 2002 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 35 | DOE record of conference dated April 2, 1991 | Lack of authentication, hearsay, relevancy, improper character evidence and improper opinion. |
| 36 | Eligibility Review, September 8, 2004 | Lack of authentication, hearsay, relevancy, improper character evidence and improper opinion. |
| 37 | Individual Sick Slip dated November 10, 1999. | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 38 | Ambulance Report dated November 10, 1999 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |

| 39 | Letter from the American Red Cross dated February 25, 1988 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| --- | --- | --- |
| 40 | Substitute Teacher Observation and Evaluation Report dated March 26, 1991 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 41 | Notifications of Employment Status | Lack of authentication, hearsay, relevancy. |
| 42 | DOE Certificated Employee Notification of Personnel Action as substitute teacher | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 43 | Kamehameha Schools ABSI staff letter dated March 4, 1991 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 44 | Letter from the Young Democrats of Hawaii dated September 2, 1999 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 45 | Letter from Donna Fish dated February 25, 1991 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 46 | DOE credential issued December 2, 1999 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |

| 47 | Letter that is unsigned and undated | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
|---|---|---|
| 48 | Letter from Thomas Schubelka dated November 11, 1989 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 49 | Letter from American Red Cross that is not dated | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, and cumulative. |
| 50 | Letrter from Regina Quimpo dated December 14, 1987 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, improper disclosure of student information and cumulative. |
| 51 | Letter from Department of Labor and Industrial Relations Unemployment Insurance Division dated August 29, 2005 | Lack of authentication, hearsay, relevancy, improper character evidence and improper opinion. |
| 52 | Court Order Granting in Part and Denying in Part Plaintiff's Motion to Compel | Relevancy. |
| 53 | Defendant's First Amended Response to Plaintiff's First Request for Production of Documents | Relevancy. |

| 54 | Defendant's Response to Plaintiff's First Request for Production of Documents | Relevancy. |
|---|---|---|
| 55 | Defendant's Response to Plaintiff's First Request for Answers to Interrogatories | Relevancy. |
| 56 | Letter from AJ and Mary Bassett dated September 1, 2005 | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion, improper disclosure of student information and cumulative. |
| 57 | Notification of Employment Status | Lack of authentication, hearsay, relevancy, improper character evidence, improper opinion and cumulative. |

DATED: Honolulu, Hawai'i, March 13, 2007.

/s/ NELSON Y. NABETA
NELSON Y. NABETA
Deputy Attorney General