IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT SHEREZ, | CIVIL NO. 04-00390 JMS-KSC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| STATE OF HAWAI'I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai'i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I CERTIFY that on March 13, 2007, a copy of the foregoing was duly served via CM/ECF as follows:

> ANDRE WOOTEN, ESQ.
> 1188 Bishop Street, Suite 1909
> Honolulu, Hawaii 96813

DATED:   Honolulu, Hawai'i, March 13, 2007.

/s/ NELSON Y. NABETA
NELSON Y. NABETA
Deputy Attorney General

227868_1.DOC