MARK J. BENNETT              2672
Attorney General of Hawai`i

JAMES E. HALVORSON      5457
NELSON Y. NABETA           3004
Deputy Attorneys General
Department of the Attorney
   General, State of Hawai`i
235 South Beretania Street, 15th Floor
Honolulu, Hawai`i 96813
Telephone: (808) 587-2900
Facsimile: (808) 587-2965
E-Mail: Mark.J.Bennett@Hawai`i.gov
         James.E.Halvorson@Hawai`i.gov
         Nelson.Y.Nabeta@Hawai`i.gov

Attorneys for Defendant
STATE OF HAWAI`I
DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>    Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>DEFENDANTS' CONCISE STATEMENT OF THE CASE; CERTIFICATE OF SERVICE |

228051_1.DOC

## DEFENDANTS' CONCISE STATEMENT OF THE CASE

On December 21, 2005, the Plaintiff, Robert Sherez, filed his Second Amended Complaint. The Complaint alleges that the Plaintiff worked for the Department of Education as a part time tutor for the Home-Hospital Instructional Services program and a part time teacher at the McKinley Community School for Adults. The Plaintiff claims that the Department of Education and Defendants Meredith Maeda and Sarah Gronna discriminated against him based on his sex concerning his employment as a part time tutor. The Plaintiff also claims that the Department of Education later retaliated against him, concerning his employment as a part time adult education teacher.

The Department of Education, Defendant Maeda and Defendant Gronna deny all claims of both discrimination and retaliation.

DATED: Honolulu, Hawai'i, March 13, 2007.

/s/ NELSON Y. NABETA
NELSON Y. NABETA
Deputy Attorney General