IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>      Plaintiff,<br><br>  vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>      Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I CERTIFY that on March 13, 2007, a copy of the foregoing was duly served via CM/ECF as follows:

ANDRE WOOTEN, ESQ.
1188 Bishop Street, Suite 1909
Honolulu, Hawaii  96813

DATED:    Honolulu, Hawai'i, March 13, 2007.

                    /s/ NELSON Y. NABETA
                    NELSON Y. NABETA
                    Deputy Attorney General