MARK J. BENNETT     2672
Attorney General of Hawai`i
JAMES E. HALVORSON     5457
NELSON Y. NABETA     3004
CLAIRE W.S. CHINN     4495
Deputy Attorneys General
Department of the Attorney
   General, State of Hawai`i
235 S. Beretania Street, 15th Floor
Honolulu, Hawaii 96813
Telephone: (808) 587-2900
Facsimile: (808) 587-2965
E-Mail: Nelson.Y.Nabeta@hawaii.gov

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI`I, DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools; MEREDITH MAEDA, Principal, Castle High School; SARAH GRONNER or GRONNA, Vice Principal of Castle High School,<br><br>        Defendants. | CIVIL NO. 04-00390 JMS/KSC<br><br>DEFENDANTS MEREDITH MAEDA AND SARAH GRONNA'S PROPOSED SPECIAL VERDICT FORM; CERTIFICATE OF SERVICE<br><br><br><br><br><br>Trial:      March 28, 2007<br>Judge:    Hon. J. Michael Seabright |

## DEFENDANTS MEREDITH MAEDA AND
## SARAH GRONNA'S PROPOSED SPECIAL VERDICT FORM

COMES NOW, Defendants MEREDITH MAEDA and SARAH GRONNA, in their individual capacities (hereinafter referred to collectively as "Defendants" unless specifically referred to as "Defendant MAEDA" or "Defendant "GRONNA"), by and through their undersigned attorneys, pursuant to this Court's Second Amended Rule 16 Scheduling Order filed on February 22, 2007, hereby submits the following proposed special verdict questions. Defendants request that the Court allow the jury to return only a special verdict on the attached Proposed Special Verdict Form.

DATED:    Honolulu, Hawaii, March 13, 2007.

/s/ NELSON Y. NABETA
NELSON Y. NABETA
Deputy Attorney General

Attorney for Defendants

<u>SPECIAL VERDICT FORM</u>

In order to understand what issues are being submitted to the jury, you should read the entire Special Verdict Form before proceeding to answer. The jury must answer all of the questions, unless otherwise indicated. Answer the questions in numerical order. Follow all directions carefully. Each answer requires the agreement of all jurors. If you do not understand any of the questions or if you wish to communicate with the court on any other subject, you must do so in writing with the Courtroom Deputy.

PART A

1.    <u>CLAIM FOR VIOLATION OF CIVIL RIGHTS</u>

Do you find by a preponderance of the evidence that Defendant Meredith Maeda, in his individual capacity, under the color of state law was deliberately indifferent to the rights of Plaintiff Robert Sherez and legally caused injury to him?

YES _____          NO_____

2.    <u>CLAIM FOR VIOLATION OF CIVIL RIGHTS</u>

Do you find by a preponderance of the evidence that Defendant Sarah Gronna, in her individual capacity, under the color of state law was deliberately indifferent to the rights of Plaintiff Robert Sherez and legally caused injury to him?

YES_____          NO_____

3.  CLAIM FOR VIOLATION OF STATE OF HAWAII FAIR
    EMPLOYMENT ACT

Do you find by a preponderance of the evidence, that Defendant Meredith Maeda, in his individual capacity, aided or abetted in the furtherance of a discriminatory practice against Plaintiff Robert Sherez and legally caused injury to him?

YES_____          NO_____

4.  CLAIM FOR VIOLATION OF STATE OF HAWAII FAIR
    EMPLOYMENT ACT

Do you find by a preponderance of the evidence, that Defendant Sarah Gronna, in her individual capacity, aided or abetted in the furtherance of a discriminatory practice against Plaintiff Robert Sherez and legally caused injury to him?

YES_____          NO_____

If you have answered no to all of the above questions, sign this verdict form, then call the courtroom clerk. However, if you had answered yes to any of the above questions, go to the next part "B."

PART B

1.  Taking into consideration the duty of Plaintiff Robert Sherez to exercise reasonable efforts to mitigate damages, how much would you award Plaintiff Robert Sherez to compensate him for actual injuries, physical and/or mental and/or emotional that were legally caused as a result of the conduct of Defendant Meredith Maeda, in his individual capacity?

$_____

2.     Taking into consideration the duty of Plaintiff Robert Sherez to exercise reasonable efforts to mitigate damages, how much would you award Plaintiff Robert Sherez to compensate him for actual injuries, mental and/or emotional, that were legally caused as a result of the conduct of Defendant Sarah Gronna, in her individual capacity?

$_____

Sign this verdict form, then call the courtroom clerk.

THE FOREPERSON OF THE JURY MUST COMPLETE THE FOLLOWING:

I declare under penalty of perjury that I am the foreperson of the jury, and that the foregoing answers are the true and accurate answers of the jurors.

Executed at Honolulu, Hawai`i on this ____ day of _____, 2007.


_____
JURY FOREPERSON