MARK J. BENNETT 2672
Attorney General of Hawai`i
JAMES E. HALVORSON 5457
NELSON Y. NABETA 3004
CLAIRE W.S. CHINN 4495
Deputy Attorneys General
Department of the Attorney
  General, State of Hawai`i
235 S. Beretania Street, 15th Floor
Honolulu, Hawaii 96813
Telephone: (808) 587-2900
Facsimile: (808) 587-2965
E-Mail: Nelson.Y.Nabeta@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>   Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI`I, DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools; MEREDITH MAEDA, Principal, Castle High School; SARAH GRONNER or GRONNA, Vice Principal of Castle High School,<br><br>   Defendants. | CIVIL NO. 04-00390 JMS/KSC<br><br>DEFENDANT STATE OF HAWAI`I, DEPARTMENT OF EDUCATION'S PROPOSED SPECIAL VERDICT FORM; CERTIFICATE OF SERVICE<br><br><br><br>Trial:   March 28, 2007<br>Judge:   Hon. J. Michael Seabright |

228175_1.DOC

DEFENDANT STATE OF HAWAI'I, DEPARTMENT OF
EDUCATION'S PROPOSED SPECIAL VERDICT FORM

COMES NOW, Defendant STATE OF HAWAI'I, DEPARTMENT OF EDUCATION, and in their official capacities only, PATRICIA HAMAMOTO, MEREDITH MAEDA AND SARAH GRONNA (hereinafter referred to collectively as "Defendant DEPARTMENT OF EDUCATION" unless specifically referred to as "Defendant STATE OF HAWAI'I, DEPARTMENT OF EDUCATION" or "Defendant HAMAMOTO," "Defendant MAEDA" or "Defendant "GRONNA"), by and through their undersigned attorneys, pursuant to this Court's Second Amended Rule 16 Scheduling Order filed on February 22, 2007, hereby submits the following proposed special verdict questions. Defendants request that the Court allow the jury to return only a special verdict on the attached Proposed Special Verdict Form.

DATED:   Honolulu, Hawaii, March 13, 2007.

/s/ NELSON Y. NABETA
NELSON Y. NABETA
Deputy Attorney General

Attorney for Defendants

# SPECIAL VERDICT FORM

In order to understand what issues are being submitted to the jury, you should read the entire Special Verdict Form before proceeding to answer. The jury must answer all of the questions, unless otherwise indicated. Answer the questions in numerical order. Follow all directions carefully. Each answer requires the agreement of all jurors. If you do not understand any of the questions or if you wish to communicate with the court on any other subject, you must do so in writing with the Courtroom Deputy.

PART A

1. **CLAIM FOR VIOLATION OF TITLE IX, GENDER DISCRIMINATION**

    Do you find by a preponderance of the evidence that Defendant State of Hawai`i, Department of Education, discriminated against Plaintiff Robert Sherez based solely on his sex by the enforcement of an official departmental policy and legally caused injury to him?

    YES _____                                         NO _____

2. **CLAIM FOR VIOLATION OF TITLE IX, DELIBERATE INDIFFERENCE**

    Do you find by a preponderance of the evidence that Defendant State of Hawai`i, Department of Education, had actual knowledge that Plaintiff Robert Sherez was being discriminated against based on his sex by the enforcement of an official departmental policy and responded or failed to respond to that knowledge with deliberate indifference and legally caused injury to him?

    YES _____                                         NO _____

228175_1.DOC

3. **CLAIM OF VIOLATION OF TITLE VII, GENDER DISCRIMINATION**

Do you find by a preponderance of the evidence, that Defendant State of Hawai`i, Department of Education, discriminated against Plaintiff Robert Sherez based solely on his sex by the enforcement of an official departmental policy and legally caused injury to him?

YES_____          NO_____

4. **CLAIM FOR VIOLATION OF TITLE VII, RETALIATION**

Do you find by a preponderance of the evidence that Defendant State of Hawai`i, Department of Education, retaliated against Plaintiff Robert Sherez by terminating him from a teaching position at the McKinley Community School for Adults because he previously complained of sex discrimination and legally caused injury to him?

YES_____          NO_____

If you have answered "no" to all of the above questions, sign this verdict form, then call the courtroom clerk. However, if you had answered yes to any of the above questions, go to the next part "B."

PART B

1. Taking into consideration the duty of Plaintiff Robert Sherez to exercise reasonable efforts to mitigate damages, how much would you award Plaintiff Robert Sherez to compensate him for actual injuries, physical and/or mental and/or emotional that were legally caused as a result of the conduct of Defendant State of Hawai`i, Department of Education?

$_____

Sign this verdict form, then call the courtroom clerk.

THE FOREPERSON OF THE JURY MUST COMPLETE THE FOLLOWING:

I declare under penalty of perjury that I am the foreperson of the jury, and that the foregoing answers are the true and accurate answers of the jurors.

Executed at Honolulu, Hawai`i on this ____ day of _____, 2007.

_____
JURY FOREPERSON