ANDRE' S. WOOTEN    3887
Attorney At Law
Century Square
1188 Bishop Street., Suite 1909
Honolulu, Hawaii    96813
Tele:         (808) 545-4165

ATTORNEY FOR PLAINTIFF,
ROBERT SHEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROBERT SHEREZ, | ) | Civil No. 04-00390 JMS-KSC |
| | ) | |
| Plaintiff, | ) | |
| VS. | ) | PLAINTIFF'S PROPOSED |
| | ) | VOIR DIRE QUESTIONS; |
| STATE OF HAWAII DEPARTMENT OF | ) | |
| EDUCATION; PATRICIA HAMAMOTO, | ) | |
| Superintendent of Hawaii Schools, | ) | |
| MEREDITH MAEDA, Principal, Castle | ) | |
| High School; SARA GRONNER OR | ) | |
| GRONNA, Vice Principal of Castle | ) | Judge: Judge: Hon. J. Michael Seabright |
| | ) | Time: 9:00 AM |
| Defendants. | ) | Trial Date: March 28, 2007 |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |

PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

COMES NOW THE PLAINTIFF, ROBERT SHEREZ, through his attorney, Andre' Wooten, makes the following request for Voir Dire Questions to be asked of the jury in the trial of this matter.

1.    ROBERT SHEREZ, The Plaintiff, is a male citizen of the United States of American heritage.  Is there anyone here who feels they could not be fair to An American male citizen born in the United States?

2.    Is there anyone here who does not believe that it is possible that employees for the State of Hawaii, Department of Education or it's employees to discriminate against a male

American teachers heritage on the basis of his gender?

    3.    Do any of you believe that it is impossible for the State of Hawaii, Department of Education or it's employees to have an unwritten policy to discriminate against male tutors applying for jobs with the State of Hawaii, Department of Education or it's employees?

    4.    Is there anyone here who believes that it is legal for American male teachers to be restricted from teaching the average female or even pregnant female students?

    5.    Is there anyone here who believes that the State of Hawaii Department of Education and it's employees not have to follow the Federal and State anti-employment discrimination law, when it comes to assigning tutors for sick or troubled and difficult students?

    6.    Is there anyone here who believes that it is impossible for a while male tutor teacher to be retaliated against by the supervisors of the State of Hawaii Department of Education, for filing a complaint of discrimination with the EEOC?

    7.    Is there anyone here who hates male people of Caucasian-American ancestry?

    8.    Is there anyone here who believes that it is alright to deny a qualified male American teacher applicant a teacher or tutor job with the State of Hawaii, department of education because he is male, while hiring primarily females to tutor female students needing help.

    9.    Is there anyone here who has a problem with the

concept of a teacher being assigned based upon their educational attainment and work experience, as compared to those without as much college education or work experience?

    10.    Is there anyone here who believes that jobs positions should be awarded, based strictly on gender, regardless of ability?

    11.    Is there anyone here who has studied a teaching and or education?

    12.    Is there anyone here who is a professional teacher?

    13.    Is there anyone here who is related to a member of a professional teacher?

    14.    Is there anyone here who is or is related to an employee of the State of Hawaii Department of Education

    15.    Is there anyone here who works in a personnel department?

    16.    Is there anyone here who has had to hire or terminate an employee as part of their job?

    17.    What were the circumstances? Would that cause you to favor one side or the other in this case?

    18.    Is there anyone here who believes that the State Department of Education member's claims of job selection assignment fairness evaluation must be right, just because they claim to be experts and work for the State, regardless of whether the evidence may show collusion or unfairness to the Plaintiff?

    19.    Is there anyone here who ever taught school or worked for the State Department of Education or the State of Hawaii?

4

DATED: Honolulu, Hawaii   March 12, 2007


       /S/    Andre' S. Wooten
       ANDRE' S. WOOTEN
       Attorney For Plaintiff
       ROBERT SHEREZ