ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 3 2007

at ___ o'clock and 10 min. ___M
SUE . . . . . .

ANDRE S. WOOTEN          #3887
ATTORNEY AT LAW
1188 BISHOP STREET
CENTURY SQUARE, SUITE 1909
HONOLULU, HAWAII 96813
TELEPHONE: 808-545-4165

ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROBERT SHEREZ; | ) | Civil No. 04-00390 HG-KSC |
| Plaintiff, | ) | PLAINTIFF'S PROPOSED JURY |
| | ) | INSTRUCTIONS; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| STATE OF HAWAII | ) | |
| DEPARTMENT OF EDUCATION; | ) | |
| PATRICIA HAMAMOTO, | ) | |
| Superintendent of Hawaii | ) | |
| Schools; MEREDITH MAEDA, | ) | |
| Principal of Castle High | ) | |
| School; SARA GRONNER or | ) | |
| GRONNA, Vice Principal | ) | |
| of Castle High School; | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

The Plaintiff ROBERT SHEREZ, through his undersigned attorney of record, Andre S. Wooten, pursuant to the Court's Order, Local Rule 2.16, and Rule 51 of the Federal Rules of Civil Procedure, submits the following proposed jury instructions.

### INSTRUCTIONS REQUESTED TO BE GIVEN TO THE JURY AT THE START OF THE TRIAL

1.   Opening Instructions - Duty of Jury

2.   Statutes Involved - Title VII

3.   Role of Plaintiffs in the Enforcement of Title VII

4.   Statement of Plaintiff's Claims

5.   Order of Trial

6.   Evidence in the Case

7.   Inferences Defined

8.   Court's Questions to Witnesses

9.   What is Not Evidence

10.  Evidence for Limited Purpose

11.  Direct and Circumstantial Evidence

12.  Ruling on Objections

13.  Credibility of Witnesses

14.  Burden of Proof-Preponderance of the Evidence

15.  Taking Notes

16.  Stipulated Facts

17.  Bench Conferences and Recesses

18.  Conduct of the Jury

### INSTRUCTIONS REQUESTED TO BE GIVEN TO THE JURY AT THE CLOSE OF TESTIMONY

19.  Duties of Jury to Find Facts and Follow Law

20.  What is Evidence

21.  What is Not Evidence

22.  Direct and Circumstantial Evidence

23.  Credibility of Witnesses

24.  Charts and Summaries in Evidence

25.  Charts and Summaries not Received in Evidence

26.  Employment Discrimination - Defined

27.  Types of Racial Discrimination in Hiring Practices

28.  Evidence of Racial Discrimination in Hiring Practices

29.  Retaliation

30.  Proof Beyond Reasonable Doubt Is Not Required

31.  Title VII Back Pay

32.  Mitigation of Damages

33.  Compensatory Damages -- Non-Pecuniary

34.  Damages - Front Pay  -

35.  Punitive Damages

36.  Duty to Deliberate

37.  Election of Foreperson - Special Verdict

38.  Verdict Form - Jury Responsibility

39.  Communication With Court

40.  No Specific Intent Required

41.  Joint liability

42.  Hawaii Civil Rights Act


DATED:    Honolulu, Hawaii___March 12, 2007

_____
ANDRE S. WOOTEN
Attorney for Plaintiff