http://www.ce9.uscourts.gov/web/sdocuments.nsf/civ

Manual of Model Civil Jury Instructions

The following instructions were modified 03/02: 5.3, 7.5, 14.2, 15.3
The following instruction was added 02/03: 15.4A
The following instruction was added 3/03: 18.5A
The following instructions were modified 3/03: 18.9, 18.21
The following instructions were modified 7/03: 13.2, 13.4, 13.5, 13.7, 13.9
The following instruction was added 11/03: 11.8A

A revised and renumbered version of Chapter 12 was posted 08/04 and includes the following added instructions: 12.1A-12.5C
Former Chapters 12 and 13 are deleted and superseded 8/04 by the new version of Chapter 12.
The following instruction was modified 12/04: 12.1.C

Hide details for 11. CIVIL RIGHTS ACTIONS--42 U.S.C. § 1983    11. CIVIL RIGHTS ACTIONS--42 U.S.C. § 1983

    11.1 Violations of Federal Civil Rights—Elements and Burden of Proof
    11.2 Under Color of Law Defined
    11.3 Qualified Immunity (Comment Only)
    11.12 Municipal Liability
    11.13 Official Policy Makers
    11.14 Municipal Liability—Failure to Train—Elements and Burden of Proof

Show details for 12. CIVIL RIGHTS--TITLE VII-EMPLOYMENT DISCRIMINATION; HARASSMENT; RETALIATION    12. CIVIL RIGHTS--TITLE VII-EMPLOYMENT DISCRIMINATION; HARASSMENT; RETALIATION

Show details for 13. SEX DISCRIMINATION--TITLE VII    13. SEX DISCRIMINATION--TITLE VII

Show details for 14. AGE DISCRIMINATION    14. AGE DISCRIMINATION