## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Foregoing was duly served upon the following on ___March 13, 2007___ by hand delivery to:

Department Of The Attorney General, State Of Hawaii
Mark Bennett, Attorney General
Nelson Nabeta, Esq., Deputy A.G.
235 South Beretania Street, 15th Floor
Honolulu, Hawaii  96813

Attorneys for Defendants.

DATED:    Honolulu, Hawaii        March 12, 2007

ANDRE' S. WOOTEN
Attorney for Plaintiff