IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>　　　　　Plaintiff,<br>vs.<br><br>STATE OF HAWAI`I, DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools; MEREDITH MAEDA, Principal, Castle High School, SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>　　　　　Defendants. | Civil No. 04-00390 JMS-KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2007, a copy of the foregoing, document was duly served via CM/ECF as follows:

ANDRE S. WOOTEN, ESQ.
Century Square
1188 Bishop Street, Suite 1909
Honolulu, Hawai`i  96819

Attorney for Plaintiff Robert Sherez

DATED:   Honolulu, Hawai`i, March 27, 2007.

　　　　　　　　　　　　　　　　　/s/ NELSON Y. NABETA
　　　　　　　　　　　　　　　　　NELSON Y. NABETA
　　　　　　　　　　　　　　　　　Deputy Attorney General

230264_1.DOC