MARK J. BENNETT  2672
Attorney General of Hawai`i

JAMES E. HALVORSON  5457
NELSON Y. NABETA  3004
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, 15th Floor
Honolulu, Hawai`i  96813
Telephone:  (808) 587-2900
Facsimile:  (808) 587-2965

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>　　　　　Plaintiff,<br>vs.<br><br>STATE OF HAWAI`I, DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools; MEREDITH MAEDA, Principal, Castle High School; SARA GRONNER or GRONNA, Vice Principal of Castle High School,<br><br>　　　　　Defendants. | CIVIL NO. 04-00390 JMS/KSC<br><br>SUPPLEMENTAL DECLARATION IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE TO PRECLUDE THE INTRODUCTION OF EVIDENCE NOT PLED IN THE CHARGE OF DISCRIMINATION BEFORE THE HAWAII CIVIL RIGHTS COMMISSION; EXHIBITS "A", "B" and "C"; CERTIFICATE OF SERVICE<br><br>Trial:<br>Date:　　March 28, 2007<br>Time:　　8:30 a.m.<br>Judge:　　The Honorable<br>　　　　　J. MICHAEL SEABRIGHT |

## SUPPLEMENTAL DECLARATION IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE TO PRECLUDE THE INTRODUCTION OF EVIDENCE NOT PLED IN THE CHARGE OF DISCRIMINATION BEFORE THE HAWAII CIVIL RIGHTS COMMISSION

I, NELSON Y. NABETA, declare as follows:

1. I am a Deputy Attorney General with the State of Hawai`i, licensed to practice law before all courts within the State of Hawai`i.

2. I am one of the attorneys representing the Department of Education, State of Hawai`i, Meredith Maeda and Sarah Gronna named as Defendants in the above captioned matter.

3. I make this Declaration based upon my personal knowledge gained in my capacity as a Deputy Attorney General representing the Defendants in this case and am competent to testify concerning the matters set forth below.

5. A true and correct copy of the Pre-Complaint Questionaire filed by Robert Sherez, in the Hawaii Civil Rights Commission dated June 10, 2003, alleging sex discrimination and retaliation received from counsel for the Plaintiff is attached hereto as Exhibit "A".

4. A true and correct copy of a letter from Kendell Kuehn, investigator for the Hawaii Civil Rights Commission, dated February 9, 2004, to the Robert Sherez, received from counsel for the Plaintiff, concerning the charges of discrimination and retaliation charge filed by the Plaintiff is attached as Exhibit "B".

230354_1.DOC

2

5. A true and correct copy of the sex discrimination and retaliation charge filed by Robert Sherez, filed in the Hawaii Civil Rights Commission, dated August 5, 2003, received from counsel for the Plaintiff is attached as Exhibit "C".

6. A review of the Pre-Complaint Questionnaire, Exhibit "A" attached, and the Plaintiff's charge of sex discrimination and retaliation, Exhibit "C" attached, are specific to two programs administered in the Department of Education. Both documents describe only two specific programs. First, the Home Hospital Instructional program administered by the Windward District and second, McKinley Community School for Adults. There are no other programs stated in these documents.

7. A review of the letter by Kenneth Kuehn to Robert Sherez, dated February 9, 2004, Exhibit "B" attached, indicates that the investigation by the Hawaii Civil Rights commission was limited to the allegations of sex discrimination in the Home Hospital Instructional program administered by the Windward District and allegations of retaliation in the McKinley Community School for Adults. There are no other programs stated in these documents.

8. Based on a review of the attached exhibits, a reasonable investigation by the Hawaii Civil Rights Commission, would not have encompassed purported retaliatory acts in other programs administered by the Department of Education as

the Plaintiff wishes to assert at time of trial. There would have been no reason for the Hawaii Civil Rights Commission to extend its inquiry into other areas.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:   Honolulu, Hawai`i, March 28, 2007.

/s/ NELSON Y. NABETA
NELSON Y. NABETA
Deputy Attorney General

Attorney for Defendants