# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/28/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL 04-00390JMS-KSC |
| CASE NAME: | Robert Sherez vs. State of Hawaii Department of Education, et al., |
| ATTYS FOR PLA: | Andre S. Wooten |
| ATTYS FOR DEFT: | Nelson Y. Nabeta<br>Claire Chinn |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Steve Platt |
| DATE: | 03/23/2007 | TIME: | 2:30 - 3:30 |

COURT ACTION:  1) Final Pretrial Conference.
2) Motion in Limine for Order Prohibiting Plaintiff From Introducing Evidence That Defendants Intentionally Violated His Rights [157].
3) Motion in Limine to Preclude the Introduction of Evidence Regarding Matters Not Pled in t he Charge of Discrimination Before the Hawaii Civil Rights Commission [158]
4) Motion in Limine to Exclude Cumulative Evidence [159]
5) Motion in Limine for Order Prohibiting Plaintiff from Rendering Any Improper Opinions Regarding Any Purported Injury He Suffered [160]
6) Motion in Limine to Preclude the Introduction of Evidence Regarding Other Lawsuits or Charges of Discrimination Involving Defendants [161]
7) Motion in Limine for Order Prohibiting Plaintiff From Rendering Legal Conclusions [162]
8) Motion in Limine for Order Prohibiting Plaintiff From Introducing Evidence of His Good Character [163]
9) Motion in Limine to Preclude Matters Not Pled in the Charge of Discrimination Before the Hawaii Civil Rights Commission [164]

[157] Defendants Maeda and Gronna's Motion in Limine for Order Prohibiting Plaintiff From Introducing Evidence that Defendants Intentionally Violated His Rights - DENIED.

Page 2
Civil 04-00390JMS-KSC
Robert Sherez vs. State of Hawaii Department of Education, et al.,
March 23, 2007

[158] Defendants Maeda and Gronna's Motion in Limine to Preclude the Introduction of Evidence Regarding Matters Not Pled In the Charge of Discrimination Before the Hawaii Civil Rights Commission - DENIED.

[159] Defendant State of Hawaii's Motion in Limine to Exclude Cumulative Evidence - DENIED in part; GRANTED in part as to the number of witnesses being cumulative.

[160] Defendants' Motion in Limine for Order Prohibiting Plaintiff From Rendering Any Improper Opinions Regarding Any Purported Injury He Suffered - GRANTED in part.

[161] Defendants' Motion in Limine to Preclude the Introduction of Evidence Regarding Other Lawsuits or Charges of Discrimination Involving Defendants - GRANTED in part (with the exception of Plaintiff's Exhibit 24, of which all but paragraphs 2 and 3 will be redacted; Defendants reserve the right to object to relevancy)

[162] Defendants' Motion in Limine for Order Prohibiting Plaintiff From Rendering Legal Conclusions - GRANTED.

[163] Defendants' Motion in Limine for Order Prohibiting Plaintiff From Introducing Evidence of His Good Character - GRANTED.

[164] Defendant State of Hawaii's Motion in Limine to Preclude the Introduction of Evidence Regarding Matters Not Pled in the Charge of Discrimination Before the Hawaii Civil Rights Commission - DENIED (written Order at Docket No. 197).

Submitted by:   Dottie Miwa, Courtroom Manager