# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/28/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL 04-00390JMS-KSC |
| CASE NAME: | Robert Sherez vs. State of Hawaii, Department of Education, et al., |
| ATTYS FOR PLA: | Andre Wooten |
| ATTYS FOR DEFT: | Nelson Y. Nabeta<br>Claire Chinn |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Steve Platt |
| DATE: | 03/28/2007 | TIME: | 8:15 - 12:00 1:15 - 4:15 |

COURT ACTION:  Jury Trial: 1st day:

Plaintiff, Robert Sherez present with counsel Andre Wooten.

64 prospective jurors present for selection.  8 jurors selected.

Jurors sworn.

Courts preliminary instructions given.

Plaintiff presented opening statement.
Defendant presented opening statement.

CST:  Meredith Maeda
        Sara Gronna

Exhibits Admitted: Defendants - 1.

Further trial continued to Thursday, March 29, 2007 at 9:00 a.m.

Submitted by: Dottie Miwa, Courtroom Manager