# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/29/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL 04-00390JMS-KSC |
| CASE NAME: | Robert Sherez vs. State of Hawaii Department of Education, et al., |
| ATTYS FOR PLA: | Andre Wooten |
| ATTYS FOR DEFT: | Nelson Nabeta<br>Claire Chinn |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Steve Platt |
| DATE: | 03/29/2007 | TIME: | 9:00 - 9:30 |

COURT ACTION: Further Jury Trial: 2nd day:

Plaintiff Robert Sherez present with counsel Andre Wooten.

Juror #2 reported to be ill. Court questioned juror #2 regarding his illness.

Court excused juror #2 and the rest of the jury panel for today.

Further jury trial continued to Friday, March 30, 2007 at 9:00 a.m.

Submitted by: Dottie Miwa, Courtroom Manager