IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI`I, DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawaii Schools; MEREDITH MAEDA, Principal, Castle High School; SARAH GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>　　　　Defendants. | CIVIL NO. 04-00390 JMS/KSC<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2007, a copy of the foregoing document was duly served via CM/ECF as follows:

　　Email:　　Andre@AttyAndreWooten.com

DATED:  Honolulu, Hawai`i, March 29, 2007.

　　　　　　　　　　　　　　　　/s/ NELSON Y. NABETA
　　　　　　　　　　　　　　　　NELSON Y. NABETA
　　　　　　　　　　　　　　　　Deputy Attorney General

230661_1.DOC