IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI`I, DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawaii Schools; MEREDITH MAEDA, Principal, Castle High School; SARAH GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>    Defendants. | CIVIL NO. 04-00390 JMS/KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 29, 2007, a copy of the foregoing document was duly served via CM/ECF as follows:

    Email:    Andre@AttyAndreWooten.com

    DATED:  Honolulu, Hawai`i, March 29, 2007.

                                    /s/ NELSON Y. NABETA
                                    NELSON Y. NABETA
                                    Deputy Attorney General