MARK J. BENNETT            2672
Attorney General of Hawaii

JAMES E. HALVORSON        5457
NELSON Y. NABETA          3004
CLAIRE W.S. CHINN         4495
Deputy Attorneys General
Department of the Attorney
   General, State of Hawaii
235 S. Beretania Street, 15th Floor
Honolulu, Hawai`i   96813
Telephone:  (808) 587-2900
Facsimile:  (808) 587-2965
E-Mail:  Nelson.Y.Nabeta@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>STATE OF HAWAI`I<br>DEPARTMENT OF EDUCATION;<br>PATRICIA HAMAMOTO,<br>Superintendent of Hawai`i Schools,<br>MEREDITH MAEDA, Principal,<br>Castle High School; SARA<br>GRONNER OR GRONNA, Vice<br>Principal of Castle High School,<br><br>          Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>DEFENDANTS' MOTION TO<br>QUASH SUBPOENAS AND/OR<br>FOR PROTECTIVE ORDER FOR<br>SUBPOENAS ISSUED TO<br>RICHARD FURMARK AND IRA<br>ILSON; MEMORANDUM IN<br>SUPPORT OF MOTION;<br>DECLARATION OF NELSON Y.<br>NABETA; EXHIBITS "A"-"D";<br>CERTIFICATE OF SERVICE<br><br>Trial:    March 28, 2007<br>Judge:    Hon. J. Michael Seabright |

230734_1.DOC

DEFENDANTS' MOTION TO QUASH SUBPOENAS
AND/OR FOR PROTECTIVE ORDER FOR SUBPOENAS
ISSUED TO RICHARD FURMARK AND IRA ILSON

COMES NOW, Defendants STATE OF HAWAI'I, DEPARTMENT

OF EDUCATION, PATRICIA HAMAMOTO in her official capacity,

MEREDITH MAEDA in his individual and official capacity, and SARAH

GRONNA in her individual and official capacity (hereinafter referred to

collectively as "Defendants"), by and through their undersigned attorneys,

hereby requests the Court quash the subpoenas issued to Richard Furmark and

Ira Ilson on March 9, 2007, directing them to appear and to testify and

produce documents at the trial in the above-captioned matter on March 30,

2007, and/or for a protective order relating to the subpoenas.

This motion is based upon the belief the information and documents

being requested in the subpoenas are not relevant, burdensome, oppressive,

and improper. This motion is made pursuant to Rules 26(c) and 45 of the

Federal Rules of Civil Procedure ("FRCP") and Rule 7.2 of the Local Rules of

Practice for the United States District Court for the District of Hawai`i, and is

supported by the attached memorandum, declaration, and the records and files

herein.

230734_1.DOC

2

3

DATED:  Honolulu, Hawai'i, March 30, 2007.

/s/ NELSON Y. NABETA
NELSON Y. NABETA
Deputy Attorney General