# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/30/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL 04-00390JMS-KSC |
| CASE NAME: | Robert Sherez vs. State of Hawaii Department of Education, et al., |
| ATTYS FOR PLA: | Andre S. Wooten |
| ATTYS FOR DEFT: | Nelson Y. Nabeta<br>Claire Chinn |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Steve Platt |
| DATE: | 03/30/2007 | TIME: | 9:00 - 9:30 |

COURT ACTION:  Motions to Quash:

Plaintiff present with counsel Andre Wooten.

Court GRANTED Defendants' Motions to Quash.

Motion to Quash Subpoenas And/Or For Protective Order For Subpoenas Issued To Virginia Soares And Yoon Ok Won By Department Of Education, State of Hawaii, Patricia Hamamoto, Meredith Maeda, Sara Gronna (Docket #202).

Motion to Quash Subpoenas And/Or For Protective Order For Subpoenas Issued To Richard Furmark And Ira Ilson By Department Of Education, State Of Hawaii, Patricia Hamamoto, Meredith Maeda, Sara Gronna (Docket # 212).

Ms. Chinn to prepare Order.


Submitted by:   Dottie Miwa, Courtroom Manager