# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/30/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL 04-00390JMS-KSC |
| CASE NAME: | Robert Sherez vs. State of Hawaii Department of Education, et al., |
| ATTYS FOR PLA: | Andre Wooten |
| ATTYS FOR DEFT: | Nelson Y. Nabeta<br>Claire Chinn |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Steve Platt |
| DATE: | 03/30/2007 | TIME: | 9:00 - 12:00<br>1:15 - 4:15 |

COURT ACTION: Jury Trial: 3rd day

Plaintiff present with counsel Andre Wooten

Juror #2 excused due to illness.

Further direct examination of Sara Gronna by Mr. Wooten; cross-examination by Mr. Nabeta.

CST: Richard Furmark
    Ira Ilson
    Yoon Ok Won
    Helen Sanpei

Exhibits Admitted: Plaintiffs - 1,

Further trial continued to Tuesday, April 3, 2007 at 9:00 a.m.