IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDITH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>　　　　Defendants. | CIVIL NO. 04-00390 JMS/KSC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO QUASH SUBPOENAS ISSUED TO VIRGINIA SOARES, YOON OK WON, RICHARD FURMARK AND IRA ILSON<br><br><br>TRIAL:　March 28, 2006<br>JUDGE:　Hon. J. Michael Seabright |

ORDER GRANTING DEFENDANTS' MOTION TO QUASH
SUBPOENAS ISSUED TO VIRGINIA SOARES, YOON OK WON,
<u>RICHARD FURMARK AND IRA ILSON</u>

Defendants STATE OF HAWAI`I, DEPARTMENT OF EDUCATION, PATRICIA HAMAMOTO, in her official capacity, MEREDITH MAEDA, in his individual and official capacity, and SARAH GRONNA, in her individual and official capacity, moved to quash the subpoenas issued to Virginia Soares, Yoon Ok Won, Richard Furmark, and Ira Ilson (Doc. Nos. 202 and 212) directing them to appear and to testify and produce documents at the trial in the above-captioned matter on March 29, 2007 and March 30, 2007. The motions came on for hearing

on March 29, 2007 and March 30, 2007 before the Honorable J. Michael Seabright. Deputy Attorneys General Nelson Y. Nabeta and Claire W.S. Chinn appeared on behalf of Defendants and Andre Wooten appeared on behalf of Plaintiff Robert Sherez.

The Court has read and considered the memoranda and the exhibits submitted by the parties, all the relevant pleadings and files in this matter and having heard the arguments of counsel, hereby grants the motions for the reasons set forth by the court in its oral rulings on these motions.

IT IS SO ORDERED.

DATED at Honolulu, Hawaii, April 3, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Sherez v. State of Hawaii, et al.*, Cv.No. 04-00390 JMS/KSC, Order Granting Defendants' Motion to Quash Subpoenas Issued to Virginia Soares, Yoon Ok Won, Richard Furmark and Ira Ilson