# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/03/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL 04-00390JMS-KSC

CASE NAME:        Robert Sherez vs. State of Hawaii Department of Education, et al.,

ATTYS FOR PLA:    Andre Wooten

ATTYS FOR DEFT:   Nelson Nabeta
                  Claire Chinn

INTERPRETER:

---

JUDGE:    J. Michael Seabright        REPORTER:    Debra Chun

DATE:     04/03/2007                  TIME:    9:05 - 12:00 1:15 - 4:15

---

COURT ACTION:  Jury Trial: 4th day

Plaintiff Robert Sherez present with counsel Andre Wooten.

Further direct examination of Helen Sanpei by Mr. Wooten; cross-examination by Ms. Chinn.

CST:  Ronald Aloliho
      Voun-Chz Hu
      Susie Kang
      Cristina Ogawa
      Virginia Soares
      Robert Sherez

Exhibits Admitted: Defendants - 20, 21.
                   Plaintiffs - 23, 32.

Further trial continued to Wednesday, April 4, 2007 at 9:00 a.m.

Submitted by:  Dottie Miwa, Courtroom Manager