# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/04/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL 04-00390JMS-KSC |
| CASE NAME: | Robert Sherez vs. State of Hawaii Department of Education, et al., |
| ATTYS FOR PLA: | Andre S. Wooten |
| ATTYS FOR DEFT: | Nelson Y. Nabeta<br>Claire Chinn |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Debra Chun |
| DATE: | 04/04/2007 | TIME: | 9:00 - 12:00 1:15 |

COURT ACTION:  Jury Trial: 5th day

Plaintiff present with counsel Andre Wooten.

Further direct examination of Robert Sherez by Mr. Wooten, cross-examination by Mr. Nabeta.

Plaintiff rest.

Exhibits Admitted: Defendants - 22, 23, 18, 3.

Plaintiffs - 56, 57, 14, 16, 22.

Further trial continued to April 5, 2007 at 8:30 a.m.

Submitted by:   Dottie Miwa, Courtroom Manager