ORIGINAL

MARK J. BENNETT          2672
Attorney General of Hawai`i

JAMES E. HALVORSON       5457
NELSON Y. NABETA         3004
CLAIRE W.S. CHINN        4495
Deputy Attorneys General
Department of the Attorney
  General, State of Hawai`i
235 S. Beretania Street, 15th Floor
Honolulu, Hawai`i  96813
Telephone: (808) 587-2900
Facsimile: (808) 587-2965
E-Mail: Nelson.Y.Nabeta@hawaii.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 4 2007

at 2 o'clock and 55 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>        Plaintiff,<br>vs.<br><br>STATE OF HAWAI`I, DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDITH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>        Defendants. | Civil No. 04-00390 JMS-KSC<br><br>DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br><br>Judge: Honorable J. Michael Seabright<br>Trial:  March 28, 2007 |

231188_1.DOC

## DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendants STATE OF HAWAI`I, DEPARTMENT OF EDUCATION, and in their official capacities, PATRICIA HAMAMOTO, MEREDITH MAEDA and SARAH GRONNA, (hereinafter referred to collectively as "Defendants" unless specifically referred to as "Defendant Hamamoto," "Defendant Maeda," "Defendant Gronna," or "Defendant State of Hawai`i, Department of Education"), by and through their undersigned attorneys, hereby submit this motion for judgment as a matter of law. This motion is made pursuant to Rule 50 of the Federal Rules of Civil Procedure and supported by the attached memorandum of law.

DATED: Honolulu, Hawai`i, April 4, 2007.

NELSON Y. NABETA
CLAIRE W.S. CHINN
Deputy Attorneys General

Attorneys for Defendants

231188_1.DOC

2