ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 4 2007

at 3 o'clock and 55 min
SUE BEITIA, CLERK

MARK J. BENNETT          2672
Attorney General of Hawai`i

JAMES E. HALVORSON       5457
NELSON Y. NABETA         3004
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, 15th Floor
Honolulu, Hawai`i  96813
Telephone: (808) 587-2900
Facsimile: (808) 587-2965

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT SHEREZ,<br><br>            Plaintiff,<br>vs.<br><br>STATE OF HAWAI`I, DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools; MEREDITH MAEDA, Principal, Castle High School; SARA GRONNER or GRONNA, Vice Principal of Castle High School,<br><br>            Defendants. | Civil No. 04-00390 JMS/KSC<br><br>DEFENDANTS MEREDITH MAEDA'S AND SARAH GRONNA'S MOTION FOR JUDGMENT AS A MATTER OF LAW; CERTIFICATE OF SERVICE<br><br><br>Trial: March 28, 2007<br>Judge: The Honorable<br>          J. MICHAEL SEABRIGHT |

229157_1.DOC

## DEFENDANTS MEREDITH MAEDA AND SARAH GRONNA'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendants Meredith Maeda and Sarah Gronna, by and through their attorneys, hereby submits this motion for judgment as a matter of law. Defendants Maeda and Gronna move this Court for a judgment as a matter of law concerning the Plaintiff's claims pursuant to 42 U.S.C. §1983 and Chapter 378, Haw.Rev.Stat. This motion is made pursuant to Rule 50, Federal Rules of Civil Procedure, and supported by the attached memorandum of law.

DATED:   Honolulu, Hawai`i, April 4, 2007.

_____
NELSON Y. NABETA
CLAIRE W. CHINN
Deputy Attorney General

Attorney for Defendants