# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/05/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL 04-00390JMS-KSC |
| CASE NAME: | Robert Sherez vs. State of Hawaii Department of Education, et al., |
| ATTYS FOR PLA: | Andre Wooten |
| ATTYS FOR DEFT: | Nelson Y. Nabeta<br>Claire Chinn |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Debra Chun |
| DATE: | 04/05/2007 | TIME: | 8:45 - 9:35 |

COURT ACTION:  1) Defendants Meredith Maeda's and Sarah Gronna's Motion for Judgment As A Matter of Law [226]
2) Defendants' Motion for Judgment As A Matter of Law [225]

Plaintiff Robert Sherez present with counsel Andre Wooten.

Defendants Meredith Maeda's and Sarah Gronna's Motion for Judgment as a Matter of Law by Meredith Maeda, Sarah Gronna: GRANTED in part as to Meredith Maeda and DENIED in part as to Sarah Gronna [226]

Defendants' Motion for Judgment as a Matter of Law - by Department of Education, State of Hawaii, Patricia Hamamoto, Meredith Maeda, Sarah Gronna DENIED. [225].

Meredith Maeda is DISMISSED from this case.


Submitted by: Dottie Miwa, Courtroom Manager