# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/05/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL 04-00390JMS-KSC |
| CASE NAME: | Robert Sherez vs. State of Hawaii, Department of Education, et al., |
| ATTYS FOR PLA: | Andre Wooten |
| ATTYS FOR DEFT: | Nelson Y. Nabeta<br>Claire Chinn |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Debra Chun |
| DATE: | 04/05/2007 | TIME: | 9:40 - 12:00  1:15 - 4:15 |

COURT ACTION:  Jury Trial: 6th day

Robert Sherez present with counsel Andre Wooten.

Further direct examination of Beverly Reidy by Mr. Nabeta; cross-examination by Mr. Wooten.

CST:  Pauline Kokubun

Exhibits Admitted:  Defendants - 9, 10, 11, 12, 30, 25, 14.

Further trial continued to Friday, April 6, 2007 at 9:00 a.m.

Submitted by: Dottie Miwa, Courtroom Manager