# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/06/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CIVIL 04-00390JMS-KSC

CASE NAME: Robert Sherez vs. State of Hawaii Department of Education, et al.,

ATTYS FOR PLA: Andre S. Wooten

ATTYS FOR DEFT: Nelson Y. Nabeta
Cllaire Chun

INTERPRETER:

JUDGE: J. Michael Seabright         REPORTER: Debra Chun

DATE: 04/06/2007                    TIME: 9:05 - 11:00 1:30 - 2:30

COURT ACTION: Further Jury Trial: 7th day

Plaintiff Robert Sherez present with counsel Andre Wooten.

Further cross-examination of Pauline Kokubun by Mr. Wooten.

Exhibits Admitted: Plaintiffs - 58.

Further trial continued to Tuesday, April 10, 2007 at 9:00 a.m.

1:30 - 2:30 - Settling of jury instructions.

Submitted by: Dottie Miwa, Courtroom Manager