# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/09/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL 04-00390JMS-KSC |
| CASE NAME: | Robert Sherez vs. State of Hawaii Department of Education, et al., |
| ATTYS FOR PLA: | Andre S. Wooten |
| ATTYS FOR DEFT: | Nelson Y. Nabeta |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Debra Chun |
| DATE: | 04/09/2007 | TIME: | 3:00 - 3:15 |

COURT ACTION:  First Motion to Withdraw As Attorney for Robert Sherez:

Plaintiff present with counsel Andre Wooten.

Defendant Sarah Gronna's presence waived.

Arguments made.

First Motion to Withdraw As Attorney for Robert Sherez DENIED.

Submitted by: Dottie Miwa, Courtroom Manager