# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/10/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL 04-00390JMS-KSC

CASE NAME:       Robert Sherez vs. State of Hawaii Department of Education, et al.,

ATTYS FOR PLA:   Andre Wooten

ATTYS FOR DEFT:  Nelson Y. Nabeta
                 Claire Chinn

INTERPRETER:

---

JUDGE:    J. Michael Seabright        REPORTER:    Debra Chun

DATE:     04/10/2007                  TIME:        9:50 - 10:30

---

COURT ACTION:  Further Jury Trial: 8th day

Plaintiff Robert Sherez present with counsel Andre Wooten.

Settlement on the record before Judge Seabright today:   The terms of the global settlement resolve all claims in Civil 04-00390JMS-KSC and Civil 06-00367SPK-KSC.

Mr. Nabeta to submit written settlement to the Court by the end of the week.

Submitted by:   Dottie Miwa, Courtroom Manager