# United States District Court
## *District of Hawaii*

| | |
|---|---|
| ROBERT SHEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDETH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School,<br><br>Defendants. | CIVIL NO. 04-00390 JMS-KSC<br><br>EXHIBIT LIST |

| PRESIDING JUDGE<br>J. Michael Seabright | PLAINTIFF'S ATTORNEY<br>Andre Wooten | STATE DEFENDANT'S ATTORNEY<br>Nelson Y. Nabeta<br>Deputy Attorney General |
|---|---|---|
| TRIAL DATE(S):<br>March 28, 2007 | COURT REPORTER | COURTROOM DEPUTY<br>Dottie Miwa |

| PLAINTIFF NO. | DEFENDANT NO. | OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 1 | | | 3/28 | Home-Hospital Instruction Services Guidelines |
| | 2 | | | | Page 13, Home Hospital Guidelines |
| | 3 | | | 4/4 | 11/14/02 Request for Home Hospital Services |
| | 4 | | | | Pages 4, 16, 17 Home Hospital Guidelines |
| | 5 | | | | Home Hospital Instruction Time Sheet, program parameters |

| PLAINTIFF NO. | DEFENDANT NO. | OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | 6 |  |  |  | Jane Doe-1 records |
|  | 7 |  |  |  | Letter from parent of Jane Doe-2 |
|  | 8 |  |  |  | Student Running Log re John Doe – 1 |
|  | 9 |  |  | 4/5 | Tutor Registration |
|  | 10 |  |  | 11 | 04/15/03 Memo re: John Doe – 2 |
|  | 11 |  |  | 11 | John Doe – 3 Running Log |
|  | 12 |  |  | 11 | Records of John Doe – 4 |
|  | 13 |  |  |  | Curriculum and Instruction |
|  | 14 |  |  | 4/5 | Tutor Registration 08/30/06 |
|  | 15 |  |  |  | 08/05/03 Hawai`i Civil Rights Commission Charge |
|  | 16 |  |  |  | Dismissal and Right to Sue |
|  | 17 |  |  |  | Application for Part-time Temporary Teacher |
|  | 18 |  |  | 4/4 | 07/25/02 Memo |
|  | 19 |  |  |  | Adult Secondary Education High School Credit Courses |
|  | 20 |  |  | 4/3 | 11/20/02 Memo |
|  | 21 |  |  | 4/3 | McKinley Community School for Adults brochure |
|  | 22 |  |  | 4/4 | Teaching Positions for Spring Semester 2003 |

| PLAINTIFF NO. | DEFENDANT NO. | OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | (23) |  |  | 4/4 | Payroll Certification Form |
|  | 24 |  |  |  | Application for Part-time Temporary Teacher |
|  | (25) |  |  | 4/5 | Records of John Doe – 5 |
|  | 26 |  |  |  | Student Attendance Chart |
|  | 27 |  |  |  | 09/27/05 Teacher Application |
|  | 28 |  |  |  | Memo from M. Mattison |
|  | 29 |  |  |  | 12/01/03 Memo |
|  | (30) |  |  | 4/5 | Request for Home-Hospital Instruction Services |
|  | 31 |  |  |  | Request for Home-Hospital Instruction Services, 03/09/06 |
|  | 32 |  |  |  | Request for Home-Hospital Instruction Services, 10/06/04 |
|  | 33 |  |  |  | 11/03 Home-Hospital Instruction Hours of Instruction/Time Sheet |

230029_1.DOC    3/23/2007