ANDRE' S. WOOTEN 3887
Attorney At Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 545-4165

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT SHEREZ, ) | Civil No. 04-00390 ~~HG~~ JMS-KSC |
| ) | |
| Plaintiff, ) | PLAINTIFF'S TRIAL WITNESS |
| ) | LIST; |
| vs. ) | |
| ) | |
| STATE OF HAWAII ) | |
| DEPARTMENT OF EDUCATION; ) | |
| PATRICIA HAMAMOTO, ) | |
| Superintendent of Hawaii ) | |
| Schools; MEREDITH MAEDA, ) | |
| Principal of Castle High School; ) | |
| SARA GRONNER or GRONNA, ) | |
| Vice Principal of Castle High School, ) | |
| ) | |
| Defendants. ) | |
| ) Trial Date: March 28, 2007 | |
| ) CERTIFICATE OF SERVICE | |

**PLAINTIFF'S TRIAL WITNESS LIST**

Plaintiff ROBERT SHEREZ, through his attorney of record, AndreÆ S. Wooten, submits the following Witness List pursuant to the Federal Rules of Civil Procedure and Local Rule 235-7 of the United States District Court for the District of Hawaii.

√ 1. Robert Sherez    4/2/2007
c/o AndrΘ S. Wooten 1188 Bishop St., Suite 1909
Honolulu, Hawaii 96813

√ 2. Ira Ilson    3/30/2007

c/o Castle High School 45-386 Kaneohe Bay Drive
Kaneohe, HI 96744    Ph. 233-5600

Was a counselor at Castle High School who used to assign Plaintiff students.

3. Richard Furmark 3/30/2007
c/o Castle High School 45-386 Kaneohe Bay Drive
Kaneohe, HI 96744    Ph. 233-5600

Was a counselor at Castle High School who used to assign Plaintiff students

4. Virginia Soares 4/3/2007
c/o Windward District Office 46-169 Kamehameha Highway
Kaneohe, HI 96744    Ph. 233-5700

Was the assistant to Marty Mattison at the Windward District office.

5. Meredith Maeda
c/o Castle High School    45-386 Kaneohe Bay Drive    3/28/07
Kaneohe, HI 96744    Ph. 233-5600
Was principal of Castle High School at this time.

7. Sarah Gronna 3/28/2007   3/30/2007
c/o Department of the Attorney General Employment Law Division
235 South Beretania Street, 15th Floor
Honolulu, HI 96813    Ph. 587-2900

Was a V.P. at Castle High School who prevented Plaintiff from being assigned work.

8. Pamela Chan-Gallagher
1981 Puoloaina Drive
Honolulu, HI 96813    Ph. 371-2301/524-6062

Was a student in Plaintiff's GED class for adults at McKinley school for adults.

9. Keola Anderson
526 N. School Street
Honolulu, HI 96817    Ph. 534-7029

Was a student in Plaintiff's GED class for adults at McKinley school for adults.

10. Ralphy Kesol    Ph. 599-1837

Was a student in Plaintiff's GED class for adults at McKinley school for adults.

11. Chih Cha Yim

750 Amaha St., #1205
Honolulu, HI 96814  Ph. 942-3047

Was a student in Plaintiff's GED class for adults at McKinley school for adults.

12. Susie H. Kang  Ph. 282-9997   4/3/2007

Was a student in Plaintiff's GED class for adults at McKinley school for adults.

13. Haruko Okamura
Ph. 589-2806   677-3784

Was a student in Plaintiff's GED class for adults at McKinley school for adults.

14. Jae E. Kang
Ph. 285-3440/942-8478
Was a student in Plaintiff's GED class for adults at McKinley school for adults.

15. Ronald Aloliho   4/3/2007
1022 McCandless Ln.
Honolulu, HI 96817
Ph. 847-0784

Was a student in Plaintiff's GED class for adults at McKinley school for adults.

16. Youn-chz Hu   4/3/2007
Ph. 926-3618
Was a student in Plaintiff's GED class for adults at McKinley school for adults.

17. Dagmar Suzuki
Ph. 599-5153 / 497-0075 / 949-5827

Was a student in Plaintiff's GED class for adults at McKinley school for adults.

18. Robert Hart
Ph. 593-4755
Was a student in Plaintiff's GED class for adults at McKinley school for adults.

19. Tom Bummel
Ph. 293-4755
Was a student in Plaintiff's GED class for adults at McKinley school for adults.

20. Keola Nahalea
Ph. 293-2033 - 236-1215

Was a student in Plaintiff's GED class for adults at McKinley school for adults.

✓ 21. Registrar Won  3/30/2007
634 Pensacola Street
Honolulu, HI 96814

Mr. Won was and is the McKinley Community School for Adults Registrar and will testify about the popularity of Mr. Sherez' classes there over the years and the fact that despite that, his classes were ceased and ended suddenly in Mid-term.

22. Vice Principal Amine
C/O Nelson Nabeta Attorney General's Office
235 So. Beretania Street, 15th Floor
Honolulu, Hawaii, 96813

✓ 23. Principal Helen. Sanpei  3/30/2007, 4/3/2007
C/O Nelson Nabeta Attorney General's Office
235 So. Beretania Street, 15th Floor
Honolulu, Hawaii, 96813

✓ 24. Cristina Sayuri Ogawa  4/3/2007
945-0315
??? Punahou St.
Honolulu, Hawaii

She observed Plaintiff teach GED classes at McKinley school for adults and talked to registrar and students.

25. Foundational Witnesses.

26. All witnesses named on all Defendant's witness lists.

DATED: Honolulu, Hawaii,    March 6, 2007    .

/S/   Andre' S. Wooten
ANDRE' S. WOOTEN
Attorney for Plaintiff