*Plaintiff*

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## District of Hawaii

ROBERT SHEREZ v. STATE OF HAWAII DOE, et al.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-00390 HG-KSC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kevin S.C. Chang | Andre S. Wooten | Hawaii State Attorney General |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | 4/5 | Ltr of Rec. from Richard Furmark. 3-14-03. |
| 2 | | | | | Ltr of Rec. from Ira Ilson. 5-24-02. |
| 3 | | | | | Ltr of Rec. from Candace Sullivan. 11-3-04. |
| 4 | | | | | Ltr of Rec. from Donald Yee. 8-8-89. |
| 5 | | | | | Ltr of Rec. from Jean Peters. 11-10-99. |
| 6 | | | | | Ltr of Rec. from Claire Vericker. 1-26-91. |
| 7 | | | | | Ltr of Rec. from Patrick Clemente. 5-26-01. |
| 8 | | | | | Ltr of Rec. from Andre Penon. 4-8-99. |
| 9 | | | | | Ltr of Rec. from Tom Tasato. 3-4-91. |
| 10 | | | | | Ltr of Rec. from Scott Kaneko. 2-21-91. |
| 11 | | | | | Ltr of Rec. from William Murphy. |
| 12 | | | | | Ltr of Rec. from David Wilson. |
| 13 | | | | | Ltr of Rec. from Ann Kawaguchi, 6-8-89. Response from Sakae Loo, 6-26-89. |
| 14 | | | | 4/4 | Ltr of Rec. from Fran Jorgensen. 9-10-93. |
| 15 | | | | | Ltr of Rec. from Kirk Kama. 11-11-99. |
| 16 | | | | 4/14 | Ltr of Rec. from Stanley Seki. 3-2-91. |
| 17 | | | | | Ltr of Rec. from John Linskey. 2-26-91. |
| 18 | | | | | Certificate of Requirements for Volunteer Guardians Program. 3-13-98. |
| 19 | | | | | Employment Security appeals hearing procedures. |
| 20 | | | | | Ltr from Plaintiff to Home and Hospital Tutoring. 2-25-05. |
| 21 | | | | | Ltr from DOE to Unemployment Office appealing decision. 7-22-04. |
| 22 | | | | 4/4 | Plaintiff's work resume. |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

ROBERT SHEREZ  v.  STATE OF HAWAII DOE, et al.

CASE NUMBER: 04-00390 HG-KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| (23) | | | | 4/3 | ETS Recognition Certificate. 6-12-04. |
| 24 | | | | | DOE Record of a Conference - Corrected. 4-2-91. |
| 25 | | | | | Hawaii Civil Rights Comm. RE: Right to Sue. 3-25-04. |
| 26 | | | | | Unemployment Office Eligibility Review Form. 9-8-04. |
| 27 | | | | | Hawaii Civ. Rights Comm. Pre-Complaint Questionaire. 6-10-03. |
| 28 | | | | | Hawaii Civ. Rights Comm. Charge of Discrimination. 8-5-03. |
| 29 | | | | | EEOC, Right to Sue. 5-3-04. |
| 30 | | | | | Ltr of Rec. from Mr. Won. 2-18-05. |
| 31 | | | | | Dagmar Suzuki's notarized statement. 12-4-04. |
| (32) | | | | 4/3 | Letter from Marty Mattison II. 2-8-06. |
| 33 | | | | | Statement from Ira Ilson. 5-24-02. |
| 34 | | | | | DOE Record of a Conference - Corrected. 4-2-91. |
| 35 | | | | | Eligibility Review. 9-8-04. |
| 36 | | | | | Individual Sick Slip. 11-10-99. |
| 37 | | | | | Ambulance Report Form. 11-10-99. |
| 38 | | | | | American Red Cross commendation for help in flood. 2-25-88. |
| 39 | | | | | Substitute Teacher Observation and Evaluation Report. 3-26-91. |
| 40 | | | | | Notifications of Employment Status to Employee. |
| 41 | | | | | DOE Certificated Employee Notification of Personnel Action. |
| 42 | | | | | Kamehameha Schools ABSI staff letter. 3-4-91. |
| 43 | | | | | Letter from John Kato - Young Democrats of Hawaii. 9-2-99. |
| 44 | | | | | Commendation letter from Donna Fish. 2-25-91. |
| (45) | | | | 4/4 | DOE Credential. Issued 12-2-99. Effective 12-3-99 to 8-17-00. |
| 46 | | | | | Unsigned/undated commendation letter. |
| 47 | | | | | Commendation letter from Thomas A. Schubelka. 11-11-89. |
| 48 | | | | | American Red Cross thank you letter, undated from Charles Remington. |
| 49 | | | | | Thank you letter from Regina Quimpo. 12-14-87. |

AO 187A (Rev. 7/87)       EXHIBIT AND WITNESS LIST – CONTINUATION

ROBERT SHEREZ vs. STATE OF HAWAII DOE, et al.   CASE NO. 04-00390 HG-KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | | | | Letter from Unemployment. 8-9-05. |
| 51 | | | | | Order Granting in Part / Denying in Part Plaintiff's Motion to Compel Answers. |
| 52 | | | | | Defendant's First Amended Response to Plaintiff's 1st RPOD |
| 53 | | | | | Defendant's Response to Plaintiff's 1st RPOD |
| 54 | | | | | Defendant's Response to 1st RATI |
| 55 | | | | | Commendation letter from Basset Development Corporation. 9-1-05. |
| 56 | | | | 4/4 | Notification of Employment Status to Employee. 6-1-06. |
| 57 | | | | 4/4 | Mr. Sherez W-2 tax forms for 1998 to 2004 |
| 58 | | | | 4/6 | Letter to Pauline Kokubun dated 9/11/06 |

Page ____ of 3 Pages