Trial Documents
1:04-cv-00390-JMS-KSC Sherez v. Dept of Education, S, et al

# U.S. District Court

## District of Hawaii - CM/ECF V3.04 (3/07)

**Notice of Electronic Filing**

The following transaction was entered by Nabeta, Nelson on 3/6/2007 at 10:02 AM HST and filed on 3/6/2007

**Case Name:** Sherez v. Dept of Education, S, et al
**Case Number:** 1:04-cv-390
**Filer:** Department of Education, State of Hawaii
**Document Number:** 156

**Docket Text:**
Witness List by Department of Education, State of Hawaii. filed by Department of Education, State of Hawaii. (Attachments: # (1) Certificate of Service)(Nabeta, Nelson)

**1:04-cv-390 Notice has been electronically mailed to:**

James Earl Halvorson     james.e.halvorson@hawaii.gov

Nelson Y. Nabeta     nelson.y.nabeta@hawaii.gov, candice.muneoka@hawaii.gov, pacita.c.woodward@hawaii.gov, ulrica.n.moriyama@hawaii.gov

Andre S. Wooten     Andre@AttyAndreWooten.com

**1:04-cv-390 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/6/2007] [FileNumber=241777-0]
[1ce29a869e85d0ee46866c2b6932bfa60baeb29b918438cf573b8a8e3105356df06c6
32c5acd5b6d1f4fef260254a7cdb51eadbf190ca33b6485b125ba5af361]]
**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/6/2007] [FileNumber=241777-1]
[afa393376aad0ccdd52566ded0082f62bb08b08038ba8e1a9f264451da528503ad548
c20b2305537638dae6f4d4247106a8febb89e3308de9a78ea8afdb11a3b]]