MARK J. BENNETT               2672
Attorney General of Hawai`i

JAMES E. HALVORSON      5457
NELSON Y. NABETA            3004
CLAIRE W. S. CHINN          4495
Deputy Attorneys General
Department of the Attorney
  General, State of Hawai`i
235 South Beretania Street, 15th Floor
Honolulu, Hawai`i 96813
Telephone: (808) 587-2900
Facsimile: (808) 587-2965

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 2007

at 9 o'clock and 15 min. A M
SUE BEITIA, CLERK

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| ROBERT SHEREZ, | CIVIL NO. 04-00390 JMS/KSC |
|---|---|
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |
| vs. | |
| STATE OF HAWAI`I DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Hawai`i Schools, MEREDITH MAEDA, Principal, Castle High School; SARA GRONNER OR GRONNA, Vice Principal of Castle High School, | |
| Defendants. | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective attorneys, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Second Amended Complaint of the Plaintiff filed against Defendants STATE OF HAWAI`I, DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Superintendent of Education, MEREDITH MAEDA and SARAH GRONNA, on December 21, 2005, is hereby dismissed with prejudice, each party to bear their own fees and costs.

There are no remaining claims, parties, or issues. This Stipulation is signed by all parties in this action.

DATED: Honolulu, Hawai`i, May 1, 2007

_____
ANDRE S. WOOTEN
Attorney for Plaintiff
ROBERT SHEREZ

_____
NELSON Y. NABETA
Deputy Attorney General
Attorney for Defendants
  STATE OF HAWAI'I,
  DEPARTMENT OF EDUCATION,
  PATRICIA HAMAMOTO,
  MEREDITH MAEDA, and SARAH
  GRONNA

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES;
Robert Sherez v. State of Hawaii, Department of Education, et al., Civil No. 04-00390 JMS/KSC